UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
MARY M. BREWER, individually and on
behalf of all others similarly situated,

                    Plaintiffs,

                    -against-

GENERAL MOTORS INVESTMENT
MANAGEMENT CORPORATION and STATE
STREET BANK & TRUST COMPANY,

                    Defendants.
----------------------------------------------------------x

**ECF Case**

**07 CV 2928 (BSJ)**

## MOTION TO ADMIT COUNSEL PRO HAC VICE

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, David S. Preminger, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission pro hac vice of Jennifer H. Strouf, McTigue & Porter LLP, 5301 Wisconsin Ave., NW, Washington, DC, 20015, (phone) (202) 364-6900, (fax) (202) 364-9960, jstrouf@mctiguelaw.com.

Jennifer H. Strouf is a member in good standing of the Bars of the District of Columbia and the States of Florida and Illinois. There are no pending disciplinary proceedings against Jennifer H. Strouf in any State or Federal Court.

Dated: New York, NY
       May 22, 2007

Respectfully submitted:
Rosen Preminger & Bloom LLP

By: _____
David S. Preminger (DP-1057)
708 Third Avenue, Suite 1600
New York, NY 10019
Telephone: (212) 682-1900
Facsimile:  (212) 867-6878

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MARY M. BREWER, individually and on
behalf of all others similarly situated,

                              Plaintiffs,

                              -against-

GENERAL MOTORS INVESTMENT
MANAGEMENT CORPORATION and STATE
STREET BANK & TRUST COMPANY,

                              Defendants.
------------------------------------------------------------x

ECF Case

07 CV 2928 (BSJ)

### DECLARATION OF DAVID S. PREMINGER
### IN SUPPORT OF MOTION TO ADMIT
### COUNSEL PRO HAC VICE

David S. Preminger declares pursuant to 28 U.S.C. § 1746 as follows:

1.     I am a member of the firm of Rosen Preminger & Bloom LLP, co-counsel for Plaintiffs in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Jennifer H. Strouf as counsel pro hac vice to represent Plaintiffs in this matter.

2.     I am a member in good standing of the bar of the state of New York, and was admitted to practice law on March 12, 1973. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.     While I have not previously met Jennifer H. Strouf, I am familiar with her practice. She has been involved in complex ERISA class action litigation representing plaintiffs as well as having tried numerous cases.

4.     Ms. Strouf is an associate with McTigue & Porter LLP in Washington, DC.

5.  I have found Ms. Strouf to be a skilled attorney and a person of integrity as attested to by the certificates of good standing attached as Exhibit 1. She is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6.  Accordingly, I am pleased to move the admission of Jennifer H. Strouf, pro hac vice.

7.  I respectfully submit a proposed order granting the admission of Jennifer H. Strouf, pro hac vice, which is attached as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Jennifer H. Strouf, pro hac vice, to represent Plaintiffs in the above captioned matter, be granted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 22, 2007 in New York, New York

Respectfully submitted,

DAVID S. PREMINGER (DP 1057)



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

**JENNIFER H. STROUF**

was on the 9TH day of FEBRUARY, 2007 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 1, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
       Deputy Clerk

# Supreme Court of Florida
## Certificate of Good Standing

I THOMAS D. HALL, Clerk of the Supreme Court of the State of Florida, do hereby certify that

**JENNIFER HOPE STROUF**

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on **September 20, 2002**, is presently in good standing, and that the private and professional character of the attorney appear to be good.

WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this April 23, 2007.

*Clerk of the Supreme Court of Florida.*

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Jennifer Hope Strouf

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on February 7, 2006 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Monday, April 23, 2007.

*Juleann Hornyak*
Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MARY M. BREWER, individually and on
behalf of all others similarly situated,                    **ECF Case**

                    Plaintiffs,

               -against-                                    **07 CV 2928 (BSJ)**

GENERAL MOTORS INVESTMENT
MANAGEMENT CORPORATION and STATE
STREET BANK & TRUST COMPANY,

                    Defendants.
-----------------------------------------------------------x

### ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of David S. Preminger, co-counsel for Plaintiffs, and said sponsor attorney's declaration in support;

IT IS HEREBY ORDERED that Jennifer H. Strouf, McTigue & Porter LLP, 5301 Wisconsin Ave., NW, Washington, DC, 20015, (phone) (202) 364-6900, (fax) (202) 364-9960, jstrouf@mctiguelaw.com, is admitted to practice pro hac vice as counsel for Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

So Ordered:   New York, NY
                    May       , 2007

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

    I, Veronica Scanlon, hereby certify that on the date set forth below, a copy of the foregoing Motion to Admit Counsel Pro Hac Vice and Supporting Ppapers was served on Timothy A. Duffy, Esq., Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601-6636, attorneys for defendant General Motors Investment Management Corporation and Wilbur H. Boies, Esq., McDermott Will & Emery, 227 West Monroe Street, Chicago, IL 60606-5096, attorneys for defendant State Street Bank and Trust Company, by first class mail.

Dated: New York, NY
         May 22, 2007

                                                    VERONICA SCANLON