UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
:
MARY M. BREWER, et al.                        :
                                              :    07cv2928(BSJ)
          Plaintiffs,                         :
                                              :    ECF CASE
     v.                                       :
                                              :    **NOTICE OF APPEARANCE**
GENERAL MOTORS INVESTMENT                     :
MANAGEMENT CORPORATION and STATE              :
STREET BANK & TRUST COMPANY,                  :
                                              :
          Defendants.                         :
                                              :
------------------------------------------------------------------ x

     **PLEASE TAKE NOTICE** that Andrew B. Kratenstein hereby appears as counsel for the defendant, State Street Bank & Trust Company, in the above-captioned action and for the purpose of being added to the list of ECF notice recipients.

Dated: New York, New York
      June 8, 2007

                                                    **McDERMOTT WILL & EMERY LLP**

                                                    By: _____
                                                        Andrew B. Kratenstein (AK3910)

                                                    340 Madison Avenue
                                                    New York, New York 10017
                                                    (212) 547-5400

                                                     *Attorneys for Defendant*
                                                     *State Street Bank & Trust Company*