UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
                                                                   :
MARY M. BREWER, et al.                                             :
                                                                   :    07cv2928(BSJ)
          Plaintiffs,                                      :
                                                                   :    ECF CASE
          v.                                                :
                                                                   :    **RULE 7.1 STATEMENT**
GENERAL MOTORS INVESTMENT                                          :
MANAGEMENT CORPORATION and STATE                                   :
STREET BANK & TRUST COMPANY,                                       :
                                                                   :
          Defendants.                                       x
------------------------------------------------------------------

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for State Street Bank and Trust Company ("State Street") certifies that State Street is not a publicly traded company and that it is wholly-owned by State Street Corporation.

Dated: New York, New York.
       June 13, 2007

Respectfully submitted,

**McDERMOTT WILL & EMERY LLP**

By: _____
    Andrew B. Kratenstein (AK-3910)
    340 Madison Avenue
    New York, New York  10173-1922
    (212) 547-5400

Wilber H. Boies, P.C.
Nancy G. Ross
McDermott Will & Emery LLP
227 West Monroe Street
Suite 4400
Chicago, IL 60606-65096

*Attorneys for Defendant*
*State Street Bank & Trust Company*