

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ORIGINAL**

------------------------------------------------------------------ X

MARY M. BREWER, et al.,

        Plaintiff,

- against -

GENERAL MOTORS INVESTMENT
MANAGEMENT CORPORATION and STATE
STREET BANK & TRUST COMPANY,

        Defendants.

------------------------------------------------------------------ X

07cv2928 (BSJ)

**MOTION TO
ADMIT COUNSEL
*PRO HAC VICE***

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Andrew B. Kratenstein, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

    Applicant's Name:    Nancy G. Ross
    Firm Name:    McDermott Will & Emery LLP
    Address:    227 West Monroe Street
    City/State/Zip:    Chicago, IL 60606-5096
    Phone Number:    312-372-2000
    Fax Number:    312-984-7700

Nancy G. Ross is a member in good standing of the Bar of the State of Illinois.

There are no pending disciplinary proceedings against Nancy G. Ross in any State or Federal court.

NYK 1105810-1.030790.0275

Dated: June 14, 2007
New York, New York

Respectfully Submitted,

*[signature]*

Andrew B. Kratenstein (AK-3910)
**McDermott Will & Emery LLP**
340 Madison Avenue
New York, New York 10173
(212) 547-5400
(212) 547-5444 (fax)



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838  (800) 252-8048
Fax (217) 522-2417

Nancy G. Ross
McDermott Will & Emery
Suite 4400
227 W. Monroe Street
Chicago, IL 60606-5058

Chicago
Monday, June 11, 2007

In re: Nancy G. Ross
Admitted: 11/7/1985
Attorney No. 6190243

To Whom It May Concern:

    The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Roxanne Trenter
Deputy Registrar

RT

## CERTIFICATE OF SERVICE

I certify under penalty of perjury pursuant to 28 U.S.C. §1746 that on June 14, 2007 I caused to be served upon the parties listed below true and correct copy of the accompanying Motion to Admit Counsel Pro Hac Vice, Affidavit of Andrew B. Kratenstein, Esq., and Proposed Order by first class mail.

David Steven Preminger, Esq.
Rosen Preminger & Bloom LLP
708 Third Avenue, Suite 1600
New York, NY 10017

Timothy A. Duffy, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601-6636

Dated: New York, New York
June 14, 2007

_____
Bonnie S. Schwab

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ORIGINAL**

------------------------------------------------------------------ X
:
MARY M. BREWER, et al.,                                            :  07cv2928 (BSJ)
                                                                   :
　　　　　　　　　Plaintiff,                                        :
                                                                   :
　　　- against -                                                  :  AFFIDAVIT OF ANDREW B.
                                                                   :  KRATENSTEIN IN SUPPORT
GENERAL MOTORS INVESTMENT                                          :  OF MOTION FOR
MANAGEMENT CORPORATION and STATE                                   :  ADMISSION TO
STREET BANK & TRUST COMPANY,                                       :  ADMIT COUNSEL
                                                                   :  *PRO HAC VICE*
　　　　　　　　　Defendants.                                      :
------------------------------------------------------------------ X

ANDREW B. KRATENSTEIN, under penalty of perjury deposes and says:

　　　1.　　I am a member of the law firm of McDermott Will & Emery LLP, attorneys herein for Defendant State Street Bank & Trust Company. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Nancy G. Ross as counsel pro hac vice to represent State Street Bank & Trust Company in the above-captioned matter.

　　　2.　　I am a member in good standing of the Bar of the State of New York, having been admitted to practice before that bar on April 12, 2000. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

　　　3.　　I have known Nancy G. Ross since June 8, 2007.

　　　4.　　Ms. Ross is a member of the law firm of McDermott Will & Emery LLP.

　　　5.　　I have found Ms. Ross to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

　　　6.　　Accordingly, I am pleased to move the admission of Nancy G. Ross, pro hac vice.

7.  I respectfully submit a proposed order granting the admission of Nancy G. Ross, pro hac vice, to which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Nancy G. Ross, pro hac vice, to represent Defendant State Street Bank & Trust Company in the above-captioned matter, be granted.

Dated: June 14, 2007
New York, New York

                                                          Andrew B. Kratenstein (AK-3910)

Sworn to before me this
14th day of June, 2007

Notary Public

BONNIE SHEILA SCHWAB
Notary Public, State of New York
No. 01SC6101264
Qualified in New York County
Commission Expires 11/10/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
                                                                   :
MARY M. BREWER, et al.,                                            :   07cv2928 (BSJ)
                                                                   :
           Plaintiff,                                              :
                                                                   :
     - against -                                                   :
                                                                   :
GENERAL MOTORS INVESTMENT                                          :   ORDER FOR
MANAGEMENT CORPORATION and STATE                                   :   ADMISSION PRO HAC
STREET BANK & TRUST COMPANY,                                       :   VICE UPON WRITTEN
                                                                   :   MOTION
           Defendants.                                             :
------------------------------------------------------------------ X

Upon the motion of Andrew B. Kratenstein, attorney for State Street Bank & Trust Company and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:    Nancy G. Ross

    Firm Name:    McDermott Will & Emery LLP

    Address:    227 West Monroe Street

    City/State/Zip:    Chicago, IL 60606-5096

    Phone Number:    312-372-2000

    Fax Number:    312-984-7700

is admitted to practice pro hac vice as counsel for State Street Bank & Trust Company in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:

New York, New York

                                                          _____

                                                          Hon. Barbara S. Jones