ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

MARY M. BREWER, et al.,  :  07cv2928 (BSJ)

    Plaintiff,  :

  - against -  :

GENERAL MOTORS INVESTMENT  :  **MOTION TO**
MANAGEMENT CORPORATION and STATE  :  **ADMIT COUNSEL**
STREET BANK & TRUST COMPANY,  :  ***PRO HAC VICE***

    Defendants.  :

------------------------------------------------------------------ X

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Andrew B. Kratenstein, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

    Applicant's Name:    Wilber H. Boies
    Firm Name:    McDermott Will & Emery LLP
    Address:    227 West Monroe Street
    City/State/Zip:    Chicago, IL 60606-5096
    Phone Number:    312-372-2000
    Fax Number:    312-984-7700

Wilber H. Boies is a member in good standing of the Bar of the State of Illinois.

There are no pending disciplinary proceedings against Wilber H. Boies in any State or Federal court.

NYK 1105809-1.030790.0275

Dated: June 14, 2007
New York, New York

Respectfully Submitted,

_____
Andrew B. Kratenstein (AK-3910)
**McDermott Will & Emery LLP**
340 Madison Avenue
New York, New York 10173
(212) 547-5400
(212) 547-5444 (fax)



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600   (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838   (800) 252-8048
Fax (217) 522-2417

Wilber H. Boies, IV
McDermott Will & Emery
227 W. Monroe St., Suite 3100
Chicago, IL 60606-5064

Chicago
Monday, June 11, 2007

In re: Wilber H. Boies, IV
Admitted: 11/14/1968
Attorney No. 0246085

To Whom It May Concern:

    The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Roxanne Trenter
Deputy Registrar

RT

## CERTIFICATE OF SERVICE

I certify under penalty of perjury pursuant to 28 U.S.C. §1746 that on June 14, 2007 I caused to be served upon the parties listed below true and correct copy of the accompanying Motion to Admit Counsel Pro Hac Vice, Affidavit of Andrew B. Kratenstein, Esq., and Proposed Order by first class mail.

> David Steven Preminger, Esq.
> Rosen Preminger & Bloom LLP
> 708 Third Avenue, Suite 1600
> New York, NY 10017
>
> Timothy A. Duffy, Esq.
> Kirkland & Ellis LLP
> 200 East Randolph Drive
> Chicago, IL 60601-6636

Dated: New York, New York
       June 14, 2007

                                        _____
                                        Bonnie S. Schwab

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X

MARY M. BREWER, et al.,

            Plaintiff,

    - against -

GENERAL MOTORS INVESTMENT
MANAGEMENT CORPORATION and STATE
STREET BANK & TRUST COMPANY,

            Defendants.

------------------------------------------------------------------------ X

**ORIGINAL**

07cv2928 (BSJ)

AFFIDAVIT OF ANDREW B.
KRATENSTEIN IN SUPPORT
OF MOTION FOR
ADMISSION TO
ADMIT COUNSEL
*PRO HAC VICE*

ANDREW B. KRATENSTEIN, under penalty of perjury deposes and says:

    1.    I am a member of the law firm of McDermott Will & Emery LLP, attorneys herein for Defendant State Street Bank & Trust Company. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Wilber H. Boies as counsel pro hac vice to represent Defendant State Street Bank & Trust Company in the above-captioned matter.

    2.    I am a member in good standing of the Bar of the State of New York, having been admitted to practice before that bar on April 12, 2000. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

    3.    I have known Wilber H. Boies since May 30, 2007.

    4.    Mr. Boies is a member of the law firm of McDermott Will & Emery LLP.

    5.    I have found Mr. Boies to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Wilber H. Boies, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Wilber H. Boies, pro hac vice, to which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Wilber H. Boies, pro hac vice, to represent Defendant State Street Bank & Trust Company in the above-captioned matter, be granted.

Dated: June 14, 2007
New York, New York

*[signature]*
Andrew B. Kratenstein (AK-3910)

Sworn to before me this
14th day of June, 2007

*[signature]*
Notary Public

**BONNIE SHEILA SCHWAB**
**Notary Public, State of New York**
No. 01SC6101264
Qualified in New York County
Commission Expires 11/10/2007

NYK 1105807-1.030790.0275

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
                                                                    :
MARY M. BREWER, et al.,                                             :     07cv2928 (BSJ)
                                                                    :
        Plaintiff,                                                  :
                                                                    :
       - against -                                                 :
                                                                    :
GENERAL MOTORS INVESTMENT                                           :     ORDER FOR
MANAGEMENT CORPORATION and STATE                                    :     ADMISSION PRO HAC
STREET BANK & TRUST COMPANY,                                        :     VICE UPON WRITTEN
                                                                    :     MOTION
        Defendants.                                                :
------------------------------------------------------------------- X

Upon the motion of Andrew B. Kratenstein, attorney for State Street Bank & Trust Company and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Wilber H. Boies |
| Firm Name: | McDermott Will & Emery LLP |
| Address: | 227 West Monroe Street |
| City/State/Zip: | Chicago, IL 60606-5096 |
| Phone Number: | 312-372-2000 |
| Fax Number: | 312-984-7700 |

is admitted to practice pro hac vice as counsel for State Street Bank & Trust Company in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:
New York, New York

                                                                                                                          _____

                                                                                                Hon. Barbara S. Jones