|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 6/15/07 |

---------------------------------------------------------------- X
:
MARY M. BREWER, et al.,                          :     07cv2928 (BSJ)
:
        Plaintiff,                               :
:
     - against -                                 :
:
GENERAL MOTORS INVESTMENT               :     ORDER FOR
MANAGEMENT CORPORATION and STATE :     ADMISSION PRO HAC
STREET BANK & TRUST COMPANY,           :     VICE UPON WRITTEN
:     MOTION
        Defendants.                              :
---------------------------------------------------------------- X

Upon the motion of Andrew B. Kratenstein, attorney for State Street Bank & Trust Company and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Nancy G. Ross |
| Firm Name: | McDermott Will & Emery LLP |
| Address: | 227 West Monroe Street |
| City/State/Zip: | Chicago, IL 60606-5096 |
| Phone Number: | 312-372-2000 |
| Fax Number: | 312-984-7700 |

is admitted to practice pro hac vice as counsel for State Street Bank & Trust Company in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: June 15, 2007
New York, New York

                                                               Hon. Barbara S. Jones