Jones, J

**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
MARY M. BREWER, et al.                :

         Plaintiffs,              :     07cv2928(BSJ)

         v.                       :     ECF CASE

GENERAL MOTORS INVESTMENT          :     **STIPULATION**
MANAGEMENT CORPORATION and STATE
STREET BANK & TRUST COMPANY,       :

         Defendants.              :
-------------------------------------------------------------------- x

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, counsel for the parties hereto, that the defendants have accepted service of the complaint herein by mail, and that the last day to move, answer or otherwise respond to said complaint is hereby extended to June 25, 2007.

**IT IS FURTHER STIPULATED AND AGREED** that if defendants elect to serve a motion to dismiss, opposition thereto will be served by July 25, 2007 and any reply papers in further support of said motion will be served by August 15, 2007.

This Stipulation may be signed in counterparts.

Dated: New York, New York
       June 12, 2007                        **McDERMOTT WILL & EMERY LLP**

                                        By: _____
                                              Andrew B. Kratenstein (AK-3910)

RECEIVED
JUN 12 2007
CHAMBERS OF
BARBARA S. JONES

                                              340 Madison Avenue
                                              New York, New York 10173
                                              (212) 547-5400

William H. Boies, P.C.
Nancy G. Ross
McDermott Will & Emery LLP
227 West Monroe Street
Suite 4400
Chicago, IL 60606-65096

*Attorneys for Defendant*
*State Street Bank & Trust Company*


**KIRKLAND & ELLIS LLP**

By: _____
       James Lee (JL-5641)

Citigroup Center
153 East 53rd Street
New York, NY 10022-4611
(212) 446-4800

Timothy A. Duffy
200 East Randolph Drive
Chicago, IL 60601-6636
(312) 861-2000

*Attorneys for Defendant General Motors*
*Investment Management Corporation*

ROSEN PREMINGER & BLOOM LLP

By: _____
David Steven Preminger (DP-1057)

708 Third Avenue, Suite 1600
New York, New York 10017
(212) 422-1001

McTIGUE & PORTER LLP
Gregory Y. Porter
J. Brian McTigue

5301 Wisconsin Avenue NW
Suite 350
Washington, DC 20015
(202) 364-6900

*Attorneys for Plaintiffs*

SO ORDERED:

_____
U.S.D.J.
6/18/07