UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARY M. BREWER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No: 07 CV 2928 (BSJ) |
| v. ) | |
| ) | ECF Case |
| GENERAL MOTORS INVESTMENT ) | |
| MANAGEMENT CORPORATION, et al., ) | |
| ) | **APPEARANCE** |
| Defendants. ) | |
| ) | |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for defendant General Motors Investment Management Corporation.

I certify that I am admitted to practice in this court.

Dated: June, 25, 2007

    s/ James Lee
James Lee (JL-5641)
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York  10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900

*Attorneys for Defendant*