James Lee (JL-5641)
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022
Telephone: (212) 446-4800

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARY M. BREWER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GENERAL MOTORS INVESTMENT )<br>MANAGEMENT CORPORATION, et al., )<br>)<br>Defendants. )<br>) | Case No: 07 CV 2928 (BSJ)<br><br>ECF Case |

## DISCLOSURE STATEMENT OF GENERAL MOTORS INVESTMENT MANAGEMENT CORPORATION

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for General Motors Investment Management Corporation (a nongovernmental corporate party) makes the following disclosure statement:

**1.    Parent Corporations:**

General Motors Corporation

**2.    Publicly Held Companies Owning 10% or More of Its Stock:**

General Motors Corporation

Dated: June 25, 2007

/s/ James Lee
James Lee (JL-5641)
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022
Telephone: (212) 446-4800

Of Counsel

Robert J. Kopecky
Timothy A. Duffy
John W. Reale
Colleen Sorenson
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000

*Attorneys for Defendant General Motors Investment Management Corporation*