James Lee (JL-5641)
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022
Telephone: (212) 446-4800

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| MARY M. BREWER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No: 07 CV 2928 (BSJ) |
| v. | ) | |
| | ) | ECF Case |
| GENERAL MOTORS INVESTMENT | ) | |
| MANAGEMENT CORPORATION, et al., | ) | Notice of Motion |
| | ) | |
| Defendants. | ) | |
| | ) | |

PLEASE TAKE NOTICE that, upon the attached declaration of James Lee, dated June 25, 2007, and the accompanying memorandum in support, the undersigned will move before the Honorable Barbara S. Jones, Judge of the United States District Court for the Southern District of New York, at the United States Courthouse, located at 500 Pearl Street, Courtroom 18B, New York, New York, 10007, at a time to be scheduled by this Court, for an order to dismiss plaintiffs' Complaint pursuant to Fed. R. Civ. Pro. 12(b)(6).

Dated: June 25, 2007

/s/ James Lee
James Lee (JL-5641)
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022
Telephone: (212) 446-4800

Of Counsel

Robert J. Kopecky
Timothy A. Duffy
John W. Reale
Colleen Sorenson
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois  60601
Telephone:  (312) 861-2000

*Attorneys for Defendant General Motors Investment Management Corporation*