# Exhibit A

MCTIGUE & PORTER LLP
5301 Wisconsin Avenue, NW
Suite 350
Washington, D.C. 20015
(202) 364-6900
Fax: (202) 364-9960

April 24, 2007

**Via Federal Express**

The Honorable Lewis A. Kaplan
United States District Judge
United States District Court for the
  Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:   *Brewer v. General Motors Investment Management Corporation, et al.*, Case No. 07-cv-02928-LAK
*Young et al v. General Motors Investment Management Corporation et al.*, Case No. 1:07-cv-01994-BSJ

Dear Judge Kaplan:

    I represent the plaintiffs in the above-referenced matters. Mr. Timothy A. Duffy of Kirkland & Ellis LLP represents General Motors Investment Management Corporation ("GMIMCo") in both matters and Mr. Wilbur H. Boies of McDermott Will & Emery represents State Street Bank & Trust Company ("State Street") in both matters. GMIMCo and State Street are the only named defendants.

    I have conferred with Messrs. Duffy and Boies regarding the two matters. We agree that the matters are sufficiently similar (same defendants, same theories of liability, and close fact patterns, albeit different pension plans and different plan sponsors) that substantial economies would be realized by coordinating the matters in some fashion. Accordingly, I am writing on behalf of the parties to ask the Court to reassign *Brewer* to Judge Jones, the presiding judge on the earlier-filed *Young* matter, for such coordination as Judge Jones deems appropriate.

April 24, 2007, The Honorable Lewis A. Kaplan
Page 2

      Counsel for the parties are, of course, available to discuss our request at the Court's convenience.

                                      Respectfully,

                                      Gregory Y. Porter

Cc:    The Honorable Barbara S. Jones
        Timothy A. Duffy, Esq.
        Wilbur H. Boies, Esq.
        David S. Preminger, Esq.