UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
MARY M. BREWER, et al.                              :

           Plaintiffs,                          :        07cv2928(BSJ)

         v.                                         :        ECF CASE

GENERAL MOTORS INVESTMENT                           :        **NOTICE OF MOTION**
MANAGEMENT CORPORATION and STATE
STREET BANK & TRUST COMPANY,                        :

           Defendants.                          :
------------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that, pursuant to Fed R. Civ. P. 12(b)(1) and 12(b)(6), and upon the Memorandum of Law submitted herewith, the undersigned will move this Court, before the Honorable Barbara S. Jones, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, for an order dismissing the complaint in this action, and awarding such other relief as the Court may deem just and proper.

Dated: New York, New York
       June 25, 2007

McDERMOTT WILL & EMERY LLP

By: _____
     Andrew B. Kratenstein (AK-3910)

340 Madison Avenue
New York, New York 10173
(212) 547-5400

William H. Boies, P.C.
Nancy G. Ross
Chris C. Scheithauer
227 West Monroe Street
Chicago, IL 60606-65096

*Attorneys for Defendant*
*State Street Bank & Trust Company*

NYK 1107728-1.030790.0275