## CERTIFICATE OF SERVICE

  Robert J. Candella, pursuant to 28 USC 1746, hereby declares under penalty of perjury, that on the 25th day of June, 2007, I caused the accompanying Notice of Motion with Memorandum of Law and exhibits attached thereto to be served by mail upon:

**KIRKLAND & ELLIS LLP**
Timothy A. Duffy
200 East Randolph Drive
Chicago, IL 60601-6636
(312) 861-2000

**ROSEN PREMINGER & BLOOM LLP**
David Steven Preminger
708 Third Avenue, Suite 1600
New York, New York 10017
(212) 422-1001

**McTIGUE & PORTER LLP**
Gregory Y. Porter
5301 Wisconsin Avenue NW
Suite 350
Washington, DC 20015
(202) 364-6900

_____
Robert J. Candella