# INDEX OF EXHIBITS FOR DEFENDANT STATE STREET BANK AND TRUST COMPANY'S MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

| Exhibit | Title/Description |
|---|---|
| A. | Delphi Savings-Stock Purchase Program for Salaried Employees |
| B. | Delphi Personal Savings Plan for Hourly-Rate Employees |
| C. | ASEC Manufacturing Savings Plan |
| D. | Delphi Mechatronic Systems Savings-Stock Purchase Program |
| E. | Prospectus for Savings Plan |
| F. | Prospectus for Hourly Plan |
| G. | Prospectus for Mechatronic Plan |
| H. | Delphi Automotive Systems Savings Trust |
| I. | Investment Management Agreement |
| J. | Delphi Fund Policy |
| K. | DirecTV Fund Policy |
| L. | EDS Fund Policy |
| M. | GM Fund Policy |
| N | News Corporation Fund Policy |
| O | Raytheon Fund Policy |

ORC 417274-1.030790.0275