

*Supplemental Agreement*

Covering

**PERSONAL SAVINGS PLAN**

Exhibit G

to

AGREEMENT

between

DELPHI CORPORATION

and

UAW

dated

September 18, 2003

# *Supplemental Agreement*

Covering

# PERSONAL SAVINGS PLAN

Exhibit G

to

AGREEMENT

between

DELPHI CORPORATION

and

UAW

dated

September 18, 2003

## TABLE OF CONTENTS

|  |  | Page No. |
|---|---|---|
| INDEX TO EXHIBITS G AND G-1 | | (vi) |
| Section 1. | Establishment of Plan | (3) |
| Section 2. | Administration | (3) |
| Section 3. | Non-Applicability of Collective Bargaining Agreement Grievance Procedure | (4) |
| Section 4. | Governmental Rulings | (4) |
| Section 5. | Duration of Agreement | (5) |
| EXHIBIT G-1 — PERSONAL SAVINGS PLAN | | 1 |
| **Article I** | **Establishment of Personal Savings Plan** | 3 |
| 1.01 | Establishment of Plan | 3 |
| 1.02 | Effective Date of Amended Plan | 3 |
| 1.03 | Governmental Rulings | 3 |
| **Article II** | **Definition of Terms** | 3 |
| 2.01 | Account | 3 |
| 2.02 | Administrator | 3 |
| 2.03 | After-Tax Assets | 4 |
| 2.04 | After-Tax Savings | 4 |
| 2.05 | Business Day | 4 |
| 2.06 | Code | 4 |
| 2.07 | Compensation | 5 |
| 2.08 | Corporation | 5 |
| 2.09 | Corporation Stock | 5 |
| 2.10 | GM Common Stock Funds | 5 |
| 2.11 | Current Market Value | 6 |
| 2.12 | Date of Valuation | 6 |
| 2.13 | Deferred Assets | 6 |
| 2.14 | Deferred Savings | 7 |
| 2.15 | Delphi Common Stock Fund | 7 |

# TABLE OF CONTENTS

|  |  | Page No. |
|---|---|---|
| 2.16 | Distributee | 7 |
| 2.17 | EDS Common Stock Fund | 7 |
| 2.18 | Effective Date of Investment Option Election | 7 |
| 2.19 | Effective Date of Loan | 8 |
| 2.20 | Effective Date of Termination | 8 |
| 2.21 | Effective Date of Transfer of Assets | 8 |
| 2.22 | Effective Date of Withdrawal | 8 |
| 2.23 | Eligible Rollover Distribution | 8 |
| 2.24 | Eligible Weekly Earnings | 9 |
| 2.25 | Employee | 9 |
| 2.26 | Excess Contributions | 11 |
| 2.27 | Excess Aggregate Contributions | 11 |
| 2.28 | Financial Hardship | 11 |
| 2.29 | Highly Compensated Employees | 12 |
| 2.30 | Leased Employees | 13 |
| 2.31 | Named Fuduciary | 14 |
| 2.32 | Normal Retirement Age | 14 |
| 2.33 | Participant | 14 |
| 2.34 | Plan | 14 |
| 2.35 | Plan Year | 14 |
| 2.36 | Prime Rate | 14 |
| 2.37 | Raytheon Company Common Stock Fund | 14 |
| 2.38 | Seniority | 15 |
| 2.39 | Total and Permanent Disability | 15 |
| 2.40 | Trustee | 15 |
| Article III | Eligibility | 15 |
| 3.01 | Eligibility | 15 |

# TABLE OF CONTENTS

| | | Page No. |
|---|---|---|
| **Article IV** | Cash or Deferred Arrangement | 16 |
| 4.01 | Cash or Deferred Arrangement | 16 |
| 4.02 | Transfer of Assets to or Receipt of Assets from Other Qualified Plans | 17 |
| 4.03 | Rollovers | 18 |
| 4.04 | Cash or Deferred Arrangement Limitation | 19 |
| **Article V** | After-Tax Savings | 21 |
| 5.01 | After-Tax Savings | 21 |
| 5.02 | Transfer of Assets to or Receipt of Assets from Other Qualified Plans | 21 |
| 5.03 | After-Tax Contribution Limitation | 22 |
| 5.04 | Special Rules | 23 |
| **Article VI** | Investment of Participant's Savings | 24 |
| 6.01 | Investment Options | 24 |
| 6.02 | Vesting | 26 |
| 6.03 | Withdrawals | 26 |
| 6.04 | Distribution of Assets | 28 |
| 6.05 | Form of Distribution | 30 |
| 6.06 | Loans | 32 |
| **Article VII** | Trust Fund | 35 |
| 7.01 | Contributions to the Trustee | 35 |
| 7.02 | Investment Options | 36 |
| 7.03 | EDS Common Stock (0.01 Par Value) | 38 |
| 7.04 | Raytheon Company Common Stock | 38 |
| 7.05 | GM Common Stocks | 39 |

# TABLE OF CONTENTS

|  |  | Page No. |
|---|---|---|
| **Article VIII** | Other Provisions | 39 |
| 8.01 | Non-Assignability | 39 |
| 8.02 | Designation of Beneficiaries in Event of Death | 40 |
| 8.03 | Merger or Consolidation | 41 |
| 8.04 | Limitations on Contributions and Benefits | 41 |
| 8.05 | Deferred Savings Limitation | 43 |
| 8.06 | Provisions to Comply With Section 416 of the Code | 44 |
| 8.07 | Investment Decisions | 44 |
| 8.08 | Special Provisions Regarding Veterans | 44 |
| 8.09 | Prohibition on Reversion | 45 |
| **Article IX** | Employee Stock Ownership Plan Provisions | 46 |
| 9.01 | Employee Stock Ownership Plan Provisions | 46 |
| 9.02 | ESOP Pre-Tax Savings Limitation | 46 |
| 9.03 | ESOP After-Tax Contribution Limitation | 47 |
| 9.04 | ESOP Special Rules | 49 |
| 9.05 | Distribution of ESOP Dividends | 50 |
| **Article X** | Administration | 50 |
| 10.01 | Administrative Responsibility | 50 |
| 10.02 | Records | 51 |
| 10.03 | Administrative Expenses | 51 |
| 10.04 | Participant Statements | 51 |

# TABLE OF CONTENTS

|           |                                                      | Page No. |
|-----------|------------------------------------------------------|----------|
| 10.05     | Incapacity                                           | 51       |
| 10.06     | Notice of Claim Denial                               | 52       |
| 10.07     | Confidential Information                             | 52       |
| **Article XI** | **Amendment, Modification, Suspension or Termination** | **53** |
| 11.01     | Amendment, Modification, Suspension, or Termination  | 53       |
| 11.02     | Distribution Upon Plan Termination                   | 53       |
| Letter Agreements | — Misc. (Benefits Training and Education)    | 54       |
|           | — Misc. (Improving Benefits Service Through Technology) | 56    |
|           | — PSP Contribution Level and Roth IRA                | 58       |
|           | — PSP Employee Workshop                              | 59       |
|           | — Dividend and Cash Investment Plan                  | 60       |
|           | — Annual Review of Fund Performance                  | 61       |
|           | — Electronic Loan Repayment                          | 63       |
|           | — Suggestion Award Payments                          | 64       |
|           | — 529 College Savings Plan                           | 66       |

# INDEX TO

EXHIBIT G — 2003 Supplemental Agreement Between Delphi Corporation and the UAW (Personal Savings Plan)

EXHIBIT G-1 — Personal Savings Plan

|  | Article | Section | Page |
|---|---|---|---|
| **ACCOUNT** | | | |
| Definition of | II | 2.01 | 3 |
| **ADMINISTRATIVE EXPENSES** | X | 10.03 | 51 |
| **ADMINISTRATIVE RESPONSIBILITY** | | | |
| Authority of Named Fiduciary | X | 10.01 | 50 |
| Confidential Information | X | 10.07 | 52 |
| Responsibility for | Ex. G | 2 | (3) |
| **ADMINISTRATOR** | | | |
| Definition of | II | 2.02 | 3 |
| **AFTER-TAX ASSETS** | | | |
| Definition of | II | 2.03 | 4 |
| **AFTER-TAX SAVINGS** | | | |
| Contributions | V | 5.01 | 21 |
| Definition of | II | 2.04 | 4 |
| Limitation | V | 5.03 | 22 |
| Special Rules | V | 5.04 | 23 |
| Transfer of Assets | V | 5.02 | 21 |
| **BENEFICIARIES** | | | |
| Designation of | VIII | 8.02 | 40 |
| Payment to | VIII | 8.02 | 40 |
| **BUSINESS DAY** | | | |
| Definition of | II | 2.05 | 4 |
| **CASH OR DEFERRED ARRANGEMENT** | | | |
| Contributions | IV | 4.01 | 16 |
| Highly Compensated Employees | IV | 4.04 | 19 |
| Limitation | IV | 4.04 | 19 |
| Rollovers | IV | 4.03 | 18 |
| Transfer of Assets | IV | 4.02 | 17 |

|  | Article | Section | Page |
|---|---|---|---|
| **CLAIM DENIAL** | | | |
| Notice of | X | 10.06 | 52 |
| Review of | X | 10.06 | 52 |
| Time Limit for Review | X | 10.06 | 52 |
| **CODE** | | | |
| Definition of | II | 2.06 | 4 |
| Provisions to Comply With Section 416 | VIII | 8.06 | 44 |
| **COMPENSATION** | | | |
| Definition of | II | 2.07 | 5 |
| **CONFIDENTIAL INFORMATION** | X | 10.07 | 52 |
| **CONTRIBUTIONS** | | | |
| Changes in Payroll Deduction | IV | 4.01 | 17 |
| Limits | IV | 4.01 | 17 |
| Percentage of Eligible Weekly Earnings | IV | 4.01 | 16 |
| Profit Sharing Amounts | IV | 4.01 | 17 |
| To the Trustee | VII | 7.01 | 35 |
| **CORPORATION** | | | |
| Definition of | II | 2.08 | 5 |
| **CORPORATION STOCK** | | | |
| Changes in Number or Class | VII | 7.02 | 36 |
| Definition of | II | 2.09 | 5 |
| Purchase of | VII | 7.02 | 36 |
| Sales of | VII | 7.02 | 36 |
| **CURRENT MARKET VALUE** | | | |
| Definition of | II | 2.11 | 6 |
| **DATE OF VALUATION** | | | |
| Definition of | II | 2.12 | 6 |
| **DEFERRED ASSETS** | | | |
| Definition of | II | 2.13 | 6 |
| **DEFERRED SAVINGS** | | | |
| Definition of | II | 2.14 | 7 |
| **DEFERRED SAVINGS LIMITATION** | VIII | 8.05 | 43 |

|  | Article | Section | Page |
|---|---|---|---|
| DEFINITIONS | II | — | 3 |
| DISTRIBUTEE |  |  |  |
|   Definition of | II | 2.16 | 7 |
| DISTRIBUTION OF ASSETS |  |  |  |
|   Cash-in-Lieu of Shares | VI | 6.05 | 30 |
|   Date of Valuation | VI | 6.05 | 30 |
|   Form of Distribution | VI | 6.05 | 30 |
|   In Event of Death | VIII | 8.02 | 40 |
|   Undeliverable Assets | VI | 6.04 | 29 |
|   Upon Attainment of Age 70-1/2 | VI | 6.04 | 29 |
|   Upon Plan Termination | XI | 11.02 | 53 |
|   Upon Termination of Employment | VI | 6.04 | 28 |
| DURATION OF AGREEMENT | Ex. G. | 5 | (5) |
| EDS COMMON STOCK FUND |  |  |  |
|   Cash-in-Lieu of Shares | VII | 7.03 | 38 |
|   Definition of | II | 2.17 | 7 |
|   Investment of Dividends | VII | 7.03 | 38 |
|   Transfer of Assets | VII | 7.03 | 38 |
|   Withdrawal or Settlement | VII | 7.03 | 38 |
| EFFECTIVE DATE OF AMENDED PLAN | I | 1.02 | 3 |
| EFFECTIVE DATE OF INVESTMENT OPTION ELECTION |  |  |  |
|   Definition of | II | 2.18 | 7 |
| EFFECTIVE DATE OF LOAN |  |  |  |
|   Definition of | II | 2.19 | 8 |
| EFFECTIVE DATE OF TERMINATION |  |  |  |
|   Definition of | II | 2.20 | 8 |
| EFFECTIVE DATE OF TRANSFER OF ASSETS |  |  |  |
|   Definition of | II | 2.21 | 8 |
| EFFECTIVE DATE OF WITHDRAWAL |  |  |  |
|   Definition of | II | 2.22 | 8 |

|  | Article | Section | Page |
|---|---|---|---|
| ELIGIBILITY................ | III | 3.01 | 15 |
| **ELIGIBLE ROLLOVER DISTRIBUTION** | | | |
| Definition of ............. | II | 2.23 | 8 |
| **ELIGIBLE WEEKLY EARNINGS** | | | |
| Contributions as Percentage of | IV | 4.01 | 16 |
| Definition of ............. | II | 2.24 | 9 |
| Performance Bonus Payment.. | II | 2.24 | 9 |
| **EMPLOYEE** | | | |
| Definition of ............. | II | 2.25 | 9 |
| **EMPLOYEE STOCK OWNERSHIP PLAN (ESOP)** | | | |
| After-Tax Contribution Limitation.............. | IX | 9.03 | 47 |
| Definition of ............. | IX | 9.01 | 46 |
| Distribution of Dividends .... | IX | 9.05 | 50 |
| Pre-Tax Savings Limitation... | IX | 9.02 | 46 |
| Special Rules.............. | IX | 9.04 | 49 |
| ESTABLISHMENT OF PLAN .. | I | 1.01 | 3 |
| Board of Directors' Approval . | Ex. G | 1 | (3) |
| Internal Revenue Service Approval................ | Ex. G | 4 | (4) |
| EXCESS CONRIBUTIONS..... | II | 2.26 | 11 |
| **EXCESS AGGREGATE CONTRIBUTIONS** ........... | II | 2.27 | 11 |
| **FIDUCIARY** | | | |
| Delegation of Responsibilities. | X | 10.01 | 50 |
| **FINANCIAL HARDSHIP** | | | |
| Definition of ............. | II | 2.28 | 11 |
| **GENERAL MOTORS INVESTMENT MANAGEMENT CORPORATION**............. | X | 10.01 | 50 |
| **GM COMMON STOCK FUNDS** | | | |
| Definition of ............. | II | 2.10 | 5 |
| Investment of Dividends ..... | VII | 7.05 | 39 |
| Transfer of Assets .......... | VII | 7.05 | 39 |
| Withdrawal or Settlement .... | VII | 7.05 | 39 |

|  | Article | Section | Page |
|---|---|---|---|
| **GOVERNMENTAL RULINGS** | | | |
| Approval by Internal Revenue Service | I | 1.03 | 3 |
| Plan Contingent Upon | Ex. G | 4 | (4) |
| **GRIEVANCE PROCEDURE** | | | |
| Non-Applicability of | Ex. G | 3 | (4) |
| **HIGHLY COMPENSATED EMPLOYEES** | | | |
| Definition of | II | 2.29 | 12 |
| Limitations | IV | 4.04 | 19 |
| **INCAPACITY** | X | 10.05 | 51 |
| **INTERNAL REVENUE SERVICE** | | | |
| Code | II | 2.06 | 4 |
| Governmental Rulings | I | 1.03 | 3 |
| **INVESTMENT DECISIONS** | VIII | 8.07 | 44 |
| **INVESTMENTS** | | | |
| By Trustee | VII | 7.01 | 35 |
| Contributions | VI | 6.01 | 24 |
| Delphi Common Stock Fund | VII | 7.02 | 36 |
| Election of | VI | 6.01 | 24 |
| Investment of Dividends | VII | 7.02 | 36 |
| Mutual Funds | VII | 7.02 | 37 |
| Promark Funds | VII | 7.02 | 37 |
| Socially Oriented Funds | VII | 7.02 | 37 |
| Transfer of Assets | VI | 6.01 | 25 |
| **LEASED EMPLOYEES** | | | |
| Definition of | II | 2.30 | 13 |
| **LIABILITIES OF CORPORATION** | VII | 7.01 | 36 |
| **LIMITATIONS ON CONTRIBUTIONS AND BENEFITS** | VIII | 8.04 | 41 |

|  | Article | Section | Page |
|---|---|---|---|
| **LOANS** | | | |
| Assets | VI | 6.06 | 32 |
| Current Market Value | VI | 6.06 | 32 |
| Date of | VI | 6.06 | 32 |
| Default on | VI | 6.06 | 34 |
| Interest Rate of | VI | 6.06 | 32 |
| Layoff or Leave Repayment | VI | 6.06 | 34 |
| Period of Time Granted for | VI | 6.06 | 32 |
| Repayment of | VI | 6.06 | 33 |
| Termination of Employment | VI | 6.06 | 34 |
| When Permitted | VI | 6.06 | 32 |
| **MERGER OR CONSOLIDATION OF PLAN** | VIII | 8.03 | 41 |
| **NAMED FIDUCIARY** | | | |
| Definition of | II | 2.31 | 14 |
| **NON-ASSIGNABILITY** | VIII | 8.01 | 39 |
| **NON-FORFEITABILITY** | VI | 6.02 | 26 |
| **NORMAL RETIREMENT AGE** | | | |
| Definition of | II | 2.32 | 14 |
| **PARTICIPANT** | | | |
| Definition of | II | 2.33 | 14 |
| Statements | X | 10.04 | 51 |
| **PLAN** | | | |
| Amendment, Modification, Suspension, or Termination of | XI | 11.01 | 53 |
| Definition of | II | 2.34 | 14 |
| **PLAN YEAR** | | | |
| Definition of | II | 2.35 | 14 |
| **PRIME RATE** | | | |
| Definition of | II | 2.36 | 14 |
| **PROHIBITION ON REVERSION** | VIII | 8.09 | 45 |
| **RAYTHEON COMPANY COMMON STOCK FUND** | | | |
| Investment of Dividends | VII | 7.04 | 38 |
| Transfer of Assets | VII | 7.04 | 38 |
| Withdrawal or Settlement | VII | 7.04 | 38 |

| | Article | Section | Page |
|---|---|---|---|
| RECORDS | | | |
| Maintenance of . . . . . . . . . . . . | X | 10.02 | 51 |
| Annual Valuations of Trust Fund or Market Value. . . . . . | X | 10.02 | 51 |
| ROLLOVERS. . . . . . . . . . . . . . . . | IV | 4.03 | 18 |
| SENIORITY | | | |
| Definition of . . . . . . . . . . . . . . | II | 2.38 | 15 |
| Required for Eligibility . . . . . . | III | 3.01 | 15 |
| SPECIAL PROVISIONS REGARDING VETERANS. . . . . | VIII | 8.08 | 44 |
| TERMINATION | | | |
| Distribution Upon Plan Termination. . . . . . . . . . . . . | XI | 11.02 | 53 |
| Settlement Upon Termination of Employment . . . . . . . . . . . | VI | 6.04 | 28 |
| TOTAL AND PERMANENT DISABILITY | | | |
| Definition of . . . . . . . . . . . . . . | II | 2.39 | 15 |
| TRANSFER OF ASSETS TO OR RECEIPT OF ASSETS FROM OTHER QUALIFIED PLANS. . . | IV | 4.02 | 17 |
| TRUSTEE | | | |
| Definition of . . . . . . . . . . . . . . | II | 2.40 | 15 |
| VALUATION | | | |
| Date of. . . . . . . . . . . . . . . . . . | II | 2.12 | 6 |
| VESTING . . . . . . . . . . . . . . . . . . | VI | 6.02 | 26 |
| VOTING RIGHTS . . . . . . . . . . . . | VII | 7.02 | 36 |
| WITHDRAWALS | | | |
| Amount of . . . . . . . . . . . . . . . . | VI | 6.03 | 27 |
| Financial Hardship. . . . . . . . . . | VI | 6.03 | 27 |
| Outstanding Loan(s) . . . . . . . . | VI | 6.03 | 27 |
| Reasons for . . . . . . . . . . . . . . . | VI | 6.03 | 26 |
| Suspension from Participation. | VI | 6.03 | 27 |
| When Permitted . . . . . . . . . . . . | VI | 6.03 | 26 |

# EXHIBIT G

# SUPPLEMENTAL AGREEMENT

## (Personal Savings Plan)

(1)

(2)

G, Sect. 1

# SUPPLEMENTAL AGREEMENT
# (PERSONAL SAVINGS PLAN)

On this <u>18th</u> day of September, <u>2003</u>, Delphi Corporation, hereinafter referred to as the Corporation or Delphi, and the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, hereinafter referred to as the Union, on behalf of the employees covered by the Collective Bargaining Agreement of which this Agreement becomes a part, agree as follows:

### SECTION 1. Establishment of Plan

Subject to the approval of its Board of Directors, which occurred on <u>December 3, 2003</u>, the Corporation established Personal Savings Plan for Hourly-Rate Employees in the United States, hereinafter referred to as the "Plan," a copy of which is attached hereto and made a part of this Agreement to the extent applicable to the employees represented by the Union and covered by this Agreement as if fully set out herein, modified and supplemented, however, by the provisions hereinafter. In the event of any conflict between the provisions of the Plan and the provisions of this Agreement, the provisions of this Agreement will supersede the provisions of the Plan to the extent necessary to eliminate such conflict.

### SECTION 2. Administration

The Corporation shall have the responsibility for administration of the Plan.

Notwithstanding Article VI, Section 6.04 of the Plan, distribution of all assets in the Account of a Participant who has been discharged shall be deferred, unless the Participant otherwise elects irrevocably, pending the final resolution of any grievance over such Participant's discharge pursuant to the Collective Bargaining Agreement.

(3)

G, Sect. 3

### SECTION 3. Non-Applicability of Collective Bargaining Agreement Grievance Procedure

No matter respecting the Plan as supplemented by this Agreement or any difference arising thereunder shall be subject to the grievance procedure established in the Collective Bargaining Agreement between the Corporation and the Union.

### SECTION 4. Governmental Rulings

The Plan and the Plan as it may be supplemented by superseding provisions of this Agreement are contingent upon and subject to the Corporation obtaining and retaining from the Internal Revenue Service a ruling, satisfactory to the Corporation, holding that the Plan meets the requirements of Section 401 of the Code, or any section of the Code which amends, supersedes, or supplements said section, and that any trust forming a part of the Plan is exempt from income taxation under Section 501(a) of the Code, or any section of the Code which amends, supersedes, or supplements said section. In the event the above ruling is not obtained, the Corporation, within 30 days after any such disapproval, will give written notice thereof to the Union.

Notwithstanding any other provisions of this Agreement or the Plan, the Corporation, with the consent of the Director of the General Motors Department of the Union, may, during the term of this Agreement, make revisions in the Plan not inconsistent with the purposes, structure, and basic provisions thereof which shall be necessary to obtain or retain the ruling referred to in this Section 4. Any such revisions shall adhere as closely as possible to the language and intent of provisions outlined in this Agreement and the Plan.

(4)

G, Sect. 5

## SECTION 5. Duration of Agreement

This Agreement and Plan as supplemented by this Agreement shall continue in effect until otherwise agreed to by the Corporation and the Union.

In witness hereof, the parties hereto have caused this Agreement to be executed the day and year first above written.

| INTERNATIONAL UNION, UAW | DELPHI CORPORATION |
|---|---|
| RON GETTELFINGER | J. T. BATTENBERG III |
| RICHARD SHOEMAKER | ALAN DAWES |
| JIM BEARDSLEY | MARK WEBER |
| HENDERSON SLAUGHTER | DAVE WOHLEEN |
| JOE SPRING | DON RUNKLE |
| BILL STEVENSON | RODNEY O'NEAL |
| DAVE CURSON | KEVIN M. BUTLER |
| JIM SHROAT | RALPH E. HANDLEY |
| RON BIEBER | ATUL PASRICHA |
| SCOTT CAMPBELL | STEVEN L. GEBBIA |
| ANTONIO ORTIZ | DARRELL E. KIDD |
| TOM WALSH | NICK HOTCHKIN |
| TOM WEEKLEY | MARK CASHDOLLAR |
| WILLIE WILLIAMS | ROBERT GERLING |
| LEON SKUDLAREK | ED GOETTL |
| ESTHER CAMPBELL | DON HOOPER |
| HAROLD COX | MARK LEWIS |
| GREG FEDAK | CHARLES MCWEE |
| MARK KELLY | BERNARD QUICK |
| FAYE MCAFEE | JUDY MATZELLE |
| RICK MCKIDDY | M. BETH SAX |
| PAUL MITCHELL | FRANK KUPLICKI |
| HAROLD SHELTON | SCOTT HARRIS |
| DAVID SHOEMAKER | DAVID BODKIN |
| LAWRENCE SMITH | MICHAEL S. FLIGSTEIN |
| MAURICE STATEN | THOMAS SMITH |
| CINDY SUEMNICK | DAVE CAIROLI |
| LARRY SZUMAL | SALVATORE GALANTE, M.D. |
| RON BROGAN | KARL BOSSUNG |
| BOB BUENO | THOMAS B. ARNOLD |
| MIDGE COLLETTE | BRENDA PAGE |
| MARK HAWKINS | LARRY B. PEOPLES |
| JIM JENKINS | DAVE PETTYES |
| LEE JONES | MARK A. WINFIELD |
| MIKE JONES | RICH BALGENORTH |
| LARRY KUK | JOHN L. DEMARCO |
| RICK O'DONNELL | PAT MCDONALD |
| DARRELL SHEPARD | EVELYN JESTER |
| CLYDE SIMS | LESLEY MARCOTT |
| RAY ALLEN | JAMES M. PETRIE |
| PAUL ALLMAND | MARK PIERCE |
| GORDON ANDREWS | JERRY SEITER |
| NATE BEARDSLEY | DEBBIE DOUGLAS |
| CHARLIE BEST | DEBORAH FRANCE |