

# DELPHI

*IMPORTANT DELPHI PERSONAL SAVINGS PLAN
INFORMATION ENCLOSED*

## Summary of Material Modifications

Dear PSP participant:

The Delphi Personal Savings Plan Prospectus, dated January 1, 2004, has been updated to include the recent changes to the Plan. A summary of these changes is outlined below:

- The Catch-Up contribution is an additional before-tax voluntary election for employees who are or reach age 50 during a given calendar year. The annual Before-Tax Contribution and Catch-Up contribution limits are outlined below.

| Annual Before-Tax Contribution Limit | | | |
|---|---|---|---|
| Year | Under Age 50 $ | Annual Catch-Up Contribution Limits $ | Age 50 or Over* (Includes Catch-Up Contributions) $ |
| 2004 | $13,000 | $3,000 | $16,000 |
| 2005 | $14,000 | $4,000 | $18,000 |
| 2006 | $15,000 | $5,000 | $20,000 |

* Catch-Up contributions may only be made by participants age 50 or over if such participants are restricted by a limit described in this Prospectus.

- The claim denial procedures have been amended to conform to new regulations issued by the Department of Labor.
- Effective January 1, 2004, the spousal beneficiary of a deceased participant may initiate a loan from the plan.
- Effective January 1, 2004, your maximum employee contributions percentage has been increased to 60% of your eligible earnings.

The specified annual interest rate for assets invested in the Promark Income Fund is determined quarterly. The rate for the fourth quarter of 2003 was 5% on an effective annual basis. For future quarterly rates, log on to www.delphi401k.com or call a service representative at the Investment Service Center at 1-877-389-2374.

- Electronic Loan Payment

  In the first half of 2004 the Electronic Loan Payment service will be offered. This service allows you to make loan payments electronically by transferring funds from your personal bank account to your PSP account. You may use the service to make partial payments and full payoffs; inactive participants may use it as an alternative to loan coupons. The Electronic Loan Payment service has been referred to by several names including ACH, EFT and Direct Debit. All refer to a service that enables you to make loan payments electronically by authorizing Fidelity to debit your checking or savings account and deposit the funds into your PSP account. To take advantage of this convenient repayment method, log on to www.delphi.401k.com, click on the "Accounts" tab and from the left hand menu select "Loans" under "Account Management", from there click on the "Bank Information" tab in the upper right corner of the page. Or you may call the Investment Service Center at 1-877-389-2374.

- Portfolio Rebalance—Balancing Your Investment Choices

    Selecting your PSP investment choices means not only choosing the investment options, but also deciding what percentage of your account balance you want in each of the investment options you select.

    Portfolio Rebalance is a tool within www.delphi401k.com that allows you to more easily rebalance the asset mix of your account in a single, simple transaction. When you select the Portfolio Rebalance option, you'll be taken to a menu of the investment choices available through the PSP, where you can choose what percentage of your account balance you'd like invested in each investment fund.

    After making your investment elections, your current fund balances will be rebalanced according to your desired percentages. In other words, your fund balances will automatically be exchanged into or out of the investments in the proportions you've elected. This Portfolio Rebalance feature, however, does not provide on-going automatic rebalancing.

    To access Portfolio Rebalance, go to www.delphi401k.com and click on the "Access my Account" tab, log on to your account and click on the "Accounts" tab. Then click on the "Rebalance" link on the left side of the screen.

    Keep in mind that the Portfolio Rebalance feature does not affect your future contributions PSP account. New contributions made by you into your PSP account will continue to be invested based on your designated investment elections and such investment elections will remain in effect until you change them.

    You still need to review your PSP account periodically because your investment choices may perform differently over time, and your percentages may vary from what you intended.

Please read this Prospectus and keep it on file for your future reference. It contains important information about the Plan.

<b>DELPHI CORPORATION</b>

*PROSPECTUS AND SUMMARY PLAN DESCRIPTION*

**DELPHI**

> This document constitutes part of a prospectus covering securities that have been registered under the Securities Act of 1933, as amended.

# DELPHI CORPORATION

DELPHI COMMON STOCK
($0.01 Par Value)



*This Prospectus relates to shares of stock that Delphi Corporation will offer and deliver under the*

## DELPHI PERSONAL SAVINGS PLAN FOR HOURLY RATE EMPLOYEES IN THE UNITED STATES

NEITHER THE SECURITIES AND EXCHANGE COMMISSION NOR ANY STATE SECURITIES COMMISSION HAS APPROVED OR DISAPPROVED THESE SECURITIES OR DETERMINED IF THIS PROSPECTUS IS TRUTHFUL OR COMPLETE. ANY REPRESENTATION TO THE CONTRARY IS A CRIMINAL OFFENSE.

Delphi Corporation has not authorized anyone to provide you with information that is different from the information contained in this Prospectus or in the documents which are a part of this Prospectus through incorporation by reference. You should not assume that the information in this Prospectus is accurate as of any date other than the date of this Prospectus, unless otherwise indicated.

The date of this Prospectus is January 1, 2004.

## TABLE OF CONTENTS

| | Page |
|---|---|
| **GENERAL INFORMATION** | 3 |
| **DOCUMENTS INCORPORATED BY REFERENCE** | 3 |
| **AVAILABLE INFORMATION** | 4 |
| **ADMINISTRATION** | 4 |
| **THE PLAN** | 5 |
| Investment Service Center | 5 |
| Eligibility | 5 |
| Contributions | 6 |
| Investment of Contributions | 6 |
| Your Responsibility for Election of Investment Options | 7 |
| Information About Your Investment Options | 7 |
| Description of Investment Options | 12 |
| Miscellaneous Information About Your Account | 33 |
| Fund Exchanges (Transfers) | 34 |
| Loans | 34 |
| Withdrawals and Distributions | 35 |
| Trust-to-Trust Transfers | 37 |
| Contributions from Other Rollover Plans | 37 |
| Tax Considerations | 37 |
| Source of the Delphi Common Stock Acquired for the Plan | 40 |
| Employee Retirement Income Security Act of 1974 | 40 |
| Voting or Tendering of the Delphi Common Stock, General Motors $1-2/3 Par Value Common Stock, Hughes Common Stock, EDS Common Stock, and Raytheon Company Common Stock | 40 |
| Special Provisions Regarding Veterans | 40 |
| Miscellaneous | 40 |
| Reference to Full Text | 42 |
| **LEGAL OPINION** | 42 |
| **EXPERTS** | 42 |

## GENERAL INFORMATION

The principal executive offices of Delphi Corporation ("Delphi," the "Corporation," or the "Plan Sponsor") are located at 5825 Delphi Drive, Troy, Michigan 48098.

Delphi, on behalf of itself and as agent for certain of its direct and indirect wholly-owned and substantially wholly-owned subsidiaries, established The Delphi Corporation Personal Savings Plan for Hourly Rate Employees in the United States (hereinafter referred to as the "Plan") effective May 28, 1999, which as most recently amended, effective October 6, 2003, constitutes the "Complete Text" of the "Supplemental Agreement Covering the Personal Savings Plan." The purpose of the Plan is to facilitate the accumulation of savings by you and other eligible employees and to provide you and such other employees with an opportunity to acquire an equity investment in Delphi.

Capitalized terms used in this Prospectus and not otherwise defined herein have the meaning specified in the "Complete Text." The foregoing statements are summaries of certain provisions of the Plan.

## DOCUMENTS INCORPORATED BY REFERENCE

The Securities and Exchange Commission (the "SEC") permits Delphi to "incorporate by reference" information into this Prospectus. This means that we can disclose important information to you by referring you to another document that Delphi files separately with the SEC. You should consider the information which Delphi has incorporated by reference to be a part of this Prospectus, except to the extent that the information actually contained in this document replaces such other information. This Prospectus incorporates by reference the documents listed below that Delphi has previously filed with the SEC. These documents contain important information about Delphi and its finances.

- *The annual report on Form 10-K for the year ending* December 31, 2002, which Delphi filed pursuant to Section 13 of the Securities Exchange Act of 1934, as amended (the "Exchange Act").
- The quarterly reports on Form 10-Q and the current reports on Form 8-K, which Delphi has filed since December 31, 2002, pursuant to Section 13 of the Exchange Act.
- The description of Delphi Common Stock, contained in Delphi's 8-A, filed January 27, 1999 (File No. 001-14787), which incorporates by reference a prospectus containing a description of such stock set forth under the caption "Description of Capital Stock" filed by Delphi pursuant to Rule 424(b) under the Securities Act of 1933, as amended, on February 5, 1999, which prospectus constitutes a part of Delphi's registration statement on Form S-1 (Registration No. 333-67333), and any amendment or report which Delphi files for the purpose of updating that information.
- The annual report on Form 11-K for the fiscal year ended December 31, 2002, filed pursuant to Section 15 of the Exchange Act.
- "Supplemental Agreement covering the Personal Savings Plan," which as most recently amended, effective October 6, 2003, constitutes the "Complete Text."

In addition, through the Program, you may hold shares of General Motors Corporation ("General Motors" or "GM") common stock, $1-2/3 par value ("GM $1-2/3 par value common stock"), Hughes Electronics Corporation ("Hughes") common stock, $0.01 par value ("Hughes common stock"), American depositary shares representing four preferred limiting voting ordinary shares ("News Corp Preferred ADSs") of The News Corporation Limited ("News Corporation" or "News Corp"), or, in certain instances, Electronic Data Systems Corporation ("EDS") common stock, $0.01 par value ("EDS common stock") and Raytheon Company ("Raytheon") common stock, $0.01 par value ("Raytheon common stock"). The following descriptions of such securities are incorporated by reference into this Prospectus:

- The description of GM $1-2/3 par value common stock contained in Article Fourth of the GM Restated Certificate of Incorporation, as amended, which GM filed as Exhibit 99.2 to its Current Report on Form 8-K dated December 22, 2003, filed December 30, 2003, pursuant to Section 13 of the Exchange Act, and any amendment or report that GM files for the purpose of updating that information.
- The description of Hughes common stock contained in Section 3 of Article IV of the Hughes Amended and Restated Certificate of Incorporation, as amended, which Hughes filed as Exhibit 99.2 to its Current Report on Form 8-K dated December 22, 2003, filed December 22, 2003, pursuant to Section 13 of the Exchange Act, and any amendment or report that Hughes files for the purpose of updating that information.
- The description of News Corp Preferred ADSs contained in the "News Corporation Capital Stock" section of the prospectus contained in the F-4 Registration Statement filed August 21, 2003 under the Securities Act, and any amendment or report that News Corp files for the purpose of updating that information.

3

- The description of EDS common stock contained in the "EDS Capital Stock" section of the proxy statement contained in Amendment No. 2 to the Form S-4 Registration Statement filed April 22, 1996, pursuant to Section 14 of the Exchange Act, and any amendment or report that EDS files for the purpose of updating that information.
- The description of Raytheon common stock contained in Amendment No. 4 to the Form S-4 Registration Statement filed November 10, 1997, pursuant to Section 14 of the Exchange Act, and any amendment or report that Raytheon files for the purpose of updating that information.

Additionally, this Prospectus incorporates by reference all documents and reports which Delphi files after the date of this Prospectus pursuant to Section 13(a), 13(c), 14, or 15(d) of the Exchange Act prior to the time that Delphi files a post-effective amendment which indicates that it has sold all securities offered by this Prospectus or which deregisters all remaining unsold securities.

If you are eligible to participate in the Plan and you would like a copy of any of the documents listed above, Delphi will provide them (without exhibits) to you at no charge. To request any of these documents, you should write or telephone the location indicated below.

Delphi Corporation
Employee Benefits, Savings Plans
5825 Delphi Drive
Mail Code 480-410-104
Troy, Michigan 48098
Telephone Number: 1-877-389-2374

## AVAILABLE INFORMATION

Delphi, GM, Hughes and News Corps, as applicable, file annual, quarterly, and special reports, proxy statements, and other information with the SEC. You may read and copy any reports, proxy statements, and other information filed with the SEC at the SEC's public reference rooms in:

- Washington, D.C. (450 Fifth Street, N.W. Washington, D.C. 20549)
- Chicago (Citicorp Center, 500 West Madison Street, Suite 1400, Chicago, IL 60661)
- New York (233 Broadway, New York, NY 10279)

You may obtain information on the operation of the public reference rooms by calling the SEC at 1-800-SEC-0330. You also may read these reports, proxy statements, and other information at the offices of the following stock exchange:

- New York Stock Exchange (11 Wall Street, New York, NY 10005)

The above materials also can be read on the Internet at the SEC website at http://www.sec.gov. We are not incorporating the contents of the SEC website into this Prospectus.

## ADMINISTRATION

Except as set forth below, the Executive Committee of the Delphi Board of Directors is the Named Fiduciary with respect to the Plan. The Named Fiduciary may delegate authority to carry out such of its responsibilities, as it deems proper, to the extent permitted by the Employee Retirement Income Security Act of 1974 (ERISA), as amended.

Except as set forth below, General Motors Investment Management Corporation (GMIMCo or GM Investment Management) is the Named Fiduciary of the Plan for purposes of investment of Plan assets. GMIMCo may delegate authority to carry out such of its responsibilities, as it deems proper, to the extent permitted by ERISA.

Any participant or beneficiary, who makes an eligible investment election or otherwise exercises control over the assets in a participant's Plan account, is deemed the "named fiduciary" under ERISA responsible for such decisions to the extent that such designation is permissible under applicable law, and that the investment election or other exercise of control over such account is not protected by Section 404(c) of ERISA.

Pursuant to the authority delegated to it by the Named Fiduciary, Delphi or its delegate, has responsibility for the day-to-day operation, management, and administration of the Plan, including full power and authority to construe, interpret, and administer the Plan. In addition, Delphi or its delegate, may pass upon and decide cases presenting unusual circumstances in conformity with the objectives of the Plan and under such rules as Delphi or its delegate, may establish. All decisions and interpretations of Delphi, or its delegate, are final and binding.

Delphi reserves the right to amend, modify, suspend, or terminate the Plan in whole or in part, at any time, by action of its Board of Directors or other individual or committee expressly authorized by the Board to take such action. No oral statements can change the terms of this Plan. This Plan can only be amended, in writing, by the Board of Directors or an appropriate individual or committee as designated by the Board of Directors. Absent an express delegation of authority from the Board of Directors, no one has the authority to commit Delphi to any benefit or benefit provision not provided for under the Plan or to change the eligibility criteria or other provisions of the Plan.

It is intended that the Personal Savings Plan constitute a plan described in Section 404(c) of ERISA, and pursuant to such Section 404(c), the fiduciaries of the Plan may be

relieved of liability for losses resulting from investment instructions given by participants.

The current Plan trustee (the "Trustee") is State Street Bank and Trust Company. There is no material relationship other than in the ordinary course of business between State Street Bank and Trust Company and Delphi or the employees of Delphi.

## THE PLAN

### INVESTMENT SERVICE CENTER

Many aspects of recordkeeping and transaction processing related to the Plan are centralized and performed in their entirety by the Investment Service Center. This centralized facility consists of an Internet website, a touch-tone voice response telephone system, as well as a staff of service representatives. Fidelity Institutional Retirement Services Company ("Fidelity") currently provides the services for the Investment Service Center.

If you are a participant in the Plan you must establish a confidential Personal Identification Number ("PIN") by calling the Investment Service Center. Access to the services offered through the Investment Service Center is available only when a PIN has been properly established with the Investment Service Center (see "Confidential Information").

You may access your account information and initiate transactions by accessing the Plan's website at www.delphi401k.com or by calling the Investment Service Center, toll-free, at 1-877-389-2374.

If you are calling from outside the United States or Canada, you may call collect by obtaining an AT&T Direct access number by visiting http://www.att.com/traveler, by calling 1-800-331-1140 for a list of country codes, or by asking the local operator. After you dial your AT&T Direct access number, enter 877-833-9900 to reach your Plan account information.

TTY service for the hearing or speech impaired is available by calling 1-800-655-0969.

Transactions initiated by you and confirmed before the close of business of the New York Stock Exchange ("NYSE"), normally 4:00 p.m. Eastern Time ("E.T.") on a Business Day, will be processed at the closing price for that Business Day. For purposes of this Prospectus, a "Business Day" shall mean any day the NYSE and, as to the Promark Funds managed by General Motors Trust Bank, National Association ("GM Trust Bank" or "GMTB"), GM Trust Bank is open for business and, with respect to assets held in a fund, on which subscriptions, redemptions, and exchanges for that fund have not been suspended or restricted. Transactions initiated and confirmed by you after the close of business of the NYSE, normally 4:00 p.m. (E.T.) on any Business Day, or on a weekend or a holiday observed by the NYSE, or a day when subscriptions, redemptions, and exchanges of your fund(s) have been suspended or restricted, will be processed at the closing price for the next Business Day.

GENERAL MOTORS INVESTMENT MANAGEMENT CORPORATION ("GMIMCo" or "GM INVESTMENT MANAGEMENT") AND GM TRUST BANK RESERVE THE RIGHT TO MODIFY OR SUSPEND THE RIGHT TO EFFECT TRANSACTIONS, INCLUDING SUBSCRIPTIONS, REDEMPTIONS, AND EXCHANGES, AT ANY TIME, IN RESPONSE TO MARKET CONDITIONS OR OTHERWISE. FURTHERMORE, FIDELITY AND THE OTHER MUTUAL FUND PROVIDERS RESERVE THE RIGHT TO MODIFY OR SUSPEND SUBSCRIPTIONS, REDEMPTIONS, AND EXCHANGES AS DESCRIBED IN THEIR PROSPECTUSES, WHICH MIGHT IN TURN DELAY YOUR EXCHANGES TO OR FROM THE PROMARK FUNDS OR THE COMPANY STOCK FUNDS. NEITHER DELPHI, GMIMCo, GMTB, THE OTHER FUND MANAGERS, THE INVESTMENT ADVISORS, NOR THE TRUSTEE SHALL BE RESPONSIBLE FOR ANY ECONOMIC IMPACT (INCLUDING CHANGE IN MARKET VALUE) RESULTING FROM ANY SUCH SUSPENSION OR MODIFICATION. SEE ALSO "FUND EXCHANGES" AND "WITHDRAWALS AND DISTRIBUTIONS" FOR MORE INFORMATION.

THE INVESTMENT SERVICE CENTER TELEPHONE VOICE RESPONSE SYSTEM IS USUALLY AVAILABLE 24 HOURS A DAY; HOWEVER, SERVICE AVAILABILITY DURING THESE TIMES IS NOT GUARANTEED. NEITHER FIDELITY NOR DELPHI WILL BE RESPONSIBLE FOR ANY LOSS YOU MAY INCUR AS A RESULT OF THE SERVICE BEING UNAVAILABLE, OR IF EXECUTION OF THE TRANSACTION IS DELAYED FOR ANY REASON, INCLUDING MARKET DISRUPTION. YOU MAY SPEAK WITH INVESTMENT SERVICE CENTER REPRESENTATIVES BETWEEN 8:30 A.M. AND 12:00 MIDNIGHT E.T., MONDAY THROUGH FRIDAY (EXCEPT HOLIDAYS).

### ELIGIBILITY

You may participate in the Plan if you are considered by Delphi to be regularly employed (as defined under the provisions of the Plan) in the United States on an hourly basis, including hourly persons employed on a full-time basis and part-time hourly employees.

You may not participate in the Plan if you are classified as a full-time or part-time hourly employee represented by a labor organization which has not signed an agreement making the Plan applicable to you. In addition, if you are considered an employee of any directly or indirectly wholly-owned or substantially wholly-owned subsidiary of Delphi, you are not eligible to participate unless such subsidiary was specifically approved for inclusion in the Plan by the Delphi Board of Directors. Also, if you are classified as a leased

5

employee (as determined under federal tax law), you are not eligible to participate in the Plan. If you are an employee of Delphi classified as a "contract employee," a "bundled services employee," a "consultant," a person who the Corporation does not consider to be an employee or other similarly situated individual, or an individual who represents himself/herself to be an "independent contractor," regardless of whether you are a common law employee of the Corporation, you are not eligible to participate in the Plan.

You are eligible to participate and accumulate weekly savings under the Plan on the first day of the first pay period next following your attainment of seniority. Seniority, as applicable to the Plan, shall be the same as your seniority for the period of your employment with Delphi. However, if you were previously eligible, and you resume active employment following a termination of employment with Delphi, you will be eligible to participate immediately.

Your participation in the Plan is entirely your choice. Delphi does not require you to participate. You may discontinue or change your participation at any time.

### CONTRIBUTIONS

If you are eligible to participate in the Plan, you may elect to invest in the Plan, on a weekly basis, a portion of your eligible weekly earnings. Eligible weekly earnings include almost all types of pay you receive from Delphi for employment during a calendar week, but does not include benefit payments, or any other special payments, fees, or allowances.

You may contribute to the Plan, on a before-tax basis (hereinafter referred to as "Deferred Savings"), and on an after-tax basis (hereinafter referred to as "After-Tax Savings"). In making an election to participate, you designate a rate of contribution expressed in whole percentages of not less than 1% and not more than 60% of your eligible weekly earnings. Delphi will forward the amount of your contributions to the trust fund established under the Plan. In no event may your contributions exceed the amount permitted under federal law (see "Contribution Limitations" for additional information).

Additionally, if you are age 50 or over, or you will attain age 50 by the end of the year, you may be eligible to make "Catch-Up" contributions to your account to the extent allowed by federal law. Catch-Up contributions may only be made on a before-tax basis and only after your contributions become subject to a limitation (e.g., the limitation on Deferred Savings contributions, $13,000 for 2004). See "Tax Considerations" for additional information about contributions to the Plan. The maximum amount of Catch-Up contributions you may be eligible to make per year will be based on the following phase-in schedule: $3,000 in 2004, $4,000 in 2005, $5,000 in 2006, and thereafter indexed for inflation in $500 increments. Furthermore, any catch up election made during 2003 will automatically be carried over to the 2004 plan year. If you do not wish to have your catch up contribution election carry over to 2004 you must elect to stop the catch up deduction by initiating a change online at www.delphi401k.com or by calling the Investment Service Center at 1-877-389-2374.

In addition to weekly contributions, if you are eligible to receive a payment from the Delphi Profit Sharing Plan for Hourly Rate Employees in the United States, you may elect to have Delphi contribute to your Plan account as Deferred Savings an amount up to 100%, in 1% increments, of the amount of such payment. If you have not previously elected to defer receipt of the amount to be paid, and an election is not received from you on or before the date established by Delphi, the amount allocated to you under the Profit Sharing Plan will be distributed in cash. An election to defer is only available when your profit sharing amount exceeds $50.00. Your election will remain continuously in effect from year to year until you change it.

Weekly Deferred Savings and/or Profit Sharing contributions to the Plan shall be made pursuant to a qualified cash or deferred arrangement under Section 401(k) of the Internal Revenue Code of 1986, as amended (hereinafter referred to as the "Code"), subject to the determination by the Internal Revenue Service of the qualification of the Plan under Sections 401(a) and 401(k) of the Code.

The Profit Sharing payment contributed to the Plan on your behalf shall be invested in the same investment option(s) as you elected for weekly contributions to the Plan.

However, if you did not elect to have Delphi make weekly contributions to the Plan, you will be required to make an investment election regarding the investment of any Profit Sharing payments to be contributed to the Plan.

You may change your election to participate in the Plan, or change your percentage of contributions online at www.delphi401k.com or by calling the Investment Service Center at 1-877-389-2374. Any such change in participation authorized by you shall become effective no later than the first day of the second pay period following the date on which such authorization for a change in participation is received by the Investment Service Center.

Your initial investment option election shall remain in effect until changed by you. You have the option to change your Plan investment option election daily. Any change in your investment option election shall be processed on the business day it is received by the Investment Service Center.

### INVESTMENT OF CONTRIBUTIONS

Your contributions to the Plan shall be invested by the Trustee, based on your election, in the following investment options:

- Delphi Common Stock Fund
- Mutual Funds

6

- Promark Funds
- Socially Oriented Funds

Your contributions may be invested in increments of 10% in any of the investment options. Once your contributions are forwarded to the Trustee by Delphi, the Corporation is relieved of any further liability except as otherwise may be provided by ERISA.

Past performance for each investment option is furnished to you every three months with your statement of account. If you would like the most recent rates of return published, you may retrieve this information online at www.delphi401k.com or you may call the Investment Service Center at 1-877-389-2374 for a copy.

### YOUR RESPONSIBILITY FOR ELECTION OF INVESTMENT OPTIONS

YOU ARE SOLELY RESPONSIBLE FOR THE SELECTION OF YOUR INVESTMENT OPTIONS. DELPHI, THE TRUSTEE, ANY APPOINTED FIDUCIARY, THE PLAN ADMINISTRATOR, THE INVESTMENT SERVICE CENTER, AND OTHER EMPLOYEES AND AGENTS OF DELPHI ARE NOT EMPOWERED TO ADVISE YOU AS TO THE MANNER IN WHICH YOUR INVESTMENTS SHOULD BE MADE OR ANY ALLOCATION OR REALLOCATION OF THOSE INVESTMENTS THAT MAY BE APPROPRIATE FOR YOU. YOU SHOULD NOT CONSTRUE THE FACT THAT AN INVESTMENT OPTION IS AVAILABLE FOR INVESTMENT UNDER THE PLAN AS A RECOMMENDATION FOR YOU TO INVEST IN THAT OPTION. YOU SHOULD NOTE THAT THE MARKET VALUE AND THE RATE OF RETURN ON EACH INVESTMENT OPTION FLUCTUATES OVER TIME AND IN VARYING DEGREES. ACCORDINGLY, THE PROCEEDS, IF ANY, YOU REALIZE FROM THESE INVESTMENTS DEPEND ON THE PREVAILING MARKET VALUE OF THE INVESTMENTS AT A PARTICULAR TIME, WHICH MAY BE MORE OR LESS THAN THE AMOUNT YOU INVESTED INITIALLY. THERE IS NO ASSURANCE THAT ANY OF THE INVESTMENT OPTIONS WILL ACHIEVE THEIR OBJECTIVES OR YOUR OBJECTIVES. YOU SHOULD NOTE THAT EACH INVESTMENT OPTION IS SUBJECT TO VARYING DEGREES OF RISK, WHICH ARE DISCUSSED BELOW.

### INFORMATION ABOUT YOUR INVESTMENT OPTIONS

GM Investment Management, an indirect wholly owned subsidiary of General Motors and an SEC-registered investment advisor, advises Delphi in developing the Plan's investment options and has overall responsibility for monitoring the investment options.

You have the ability to invest your savings through a specially designed investment option structure. Associated with this structure is a family of investment funds known as the Promark Funds, which are managed by GMIMCo or GM Trust. GM Trust Bank, a national trust company and an affiliate of GMIMCo, is the successor to General Motors Trust Company and assumed responsibility for the management of certain of the Promark Funds, as noted in the descriptions below, effective October 1, 2003. This change did not alter the manner in which the Promark Funds are managed or the investment strategy of any individual fund.

A significant feature of the Promark Funds is that the assets of the funds in the Plan are commingled with the assets of the Delphi and other pension plans. Accordingly, the same investment advisors manage these assets.

NEITHER THE PROMARK FUNDS NOR THE COMPANY STOCK FUNDS ARE MUTUAL FUNDS AND THEREFORE THESE FUNDS ARE NOT REGISTERED AS INVESTMENT COMPANIES WITH THE SECURITIES AND EXCHANGE COMMISSION. IN ADDITION, THE PROMARK FUNDS MANAGED BY GM TRUST BANK HAVE NOT BEEN REGISTERED WITH THE OFFICE OF THE COMPTROLLER OF CURRENCY. FURTHER, NO INVESTMENT IN ANY OF THE FUNDS OFFERED UNDER THE PLAN IS A BANK DEPOSIT AND NO INVESTMENT IS INSURED OR GUARANTEED BY THE FEDERAL DEPOSIT INSURANCE CORPORATION OR ANY OTHER GOVERNMENT AGENCY.

The investment option structure described below has been designed to simplify your decision making.

*Structure of the Investment Options*

- Pathway One

  Includes option choices you may want to consider if you are new to investing, are unfamiliar with investment concepts, or are looking for diversified investment choices which require minimal decision making by you.

- Pathway Two

  Includes option choices you may want to consider if you have some knowledge of investing and asset allocation and you wish to select from a group of style-specific funds.

- Pathway Three

  Includes option choices you may want to consider if you are an experienced investor who wishes to build a customized portfolio from a large selection of investment options and you have the time to select and actively monitor your portfolio.

*Investment Terms You Should Know*

### Investment Style

Equity fund managers, both U.S. and International, tend to pursue three major investment styles:

- *Value*

  Value managers search for companies that they believe are overlooked or undervalued by the market and whose stock can be purchased at a price that the manager considers low relative to the company's business prospects.

7

- *Growth*

   Growth managers typically seek to invest in companies that they believe have better-than-average potential to grow their revenues and earnings faster than the rest of the market, and therefore are willing to pay a higher price for the stock than they might otherwise.

- *Blend*

   Blend portfolio managers use a combination of value and growth strategies to identify undervalued securities, companies generating above-average earnings growth to support growing dividends, and stocks that do not currently pay dividends but offer prospects for capital appreciation and future income.

### Market Capitalization

Equity funds can also be described in terms of the market capitalization of the companies they hold in their portfolio. Market capitalization is a commonly used measure of the size and value of a company. A company's market capitalization or market value can be calculated by multiplying the current stock price per share by the number of outstanding shares.

- *Large Capitalization Funds*

   Large Capitalization Funds generally invest in companies with market capitalizations greater than $10 billion.

- *Mid Capitalization Funds*

   Mid Capitalization Funds generally invest in companies with market capitalizations between $1.5 billion and $10 billion.

- *Small Capitalization Funds*

   Small Capitalization Funds generally invest in companies with market capitalizations of less than $1.5 billion.

### Fixed Income Funds

Two important criteria in evaluating fixed income funds are: (1) the average credit quality of the fund's assets; and (2) the interest rate risk (duration) of those assets.

- *Credit Quality*

   Credit quality reflects a judgment (typically associated with a rating by a nationally recognized rating agency) of a borrower's ability to repay its loans and, therefore, its risk of not paying interest and/or repaying principal in a timely manner. Borrowers with higher credit quality ratings generally have less risk of non-timely payments than those with lower credit quality ratings.

- *Interest Rate Risk (Duration)*

   Typically, when prevailing interest rates rise, the prices of fixed-income securities fall. Conversely, when interest rates decline, fixed-income security prices generally rise. To help measure this effect, investment managers use a concept called duration. Duration is a measure of the price sensitivity of fixed-income securities to changes in interest rates. Duration approximates the average timing or life of all the cash flows of a fixed-income security. The prices of securities with shorter average lives tend to fluctuate less when interest rates change than securities with longer average lives.

**Risks You Should Be Aware Of**

YOUR INVESTMENT RETURN IS DETERMINED BY CHANGES IN THE MARKET PRICES OF THE INVESTMENTS HELD BY A FUND AND THE REINVESTMENT OF THE INCOME EARNED ON THE FUND'S INVESTMENTS, AND IS REDUCED BY THE MANAGEMENT FEES AND OTHER EXPENSES CHARGED TO EACH FUND. THE VALUE OF THE UNDERLYING INVESTMENTS, AND THEREFORE THE VALUE OF A FUND MAY FLUCTUATE UP OR DOWN ON ANY GIVEN DAY. AS A RESULT, THE VALUE OF YOUR INVESTMENT IN A FUND WHEN REDEEMED MAY BE MORE OR LESS THAN ITS ORIGINAL COST. THERE CAN BE NO ASSURANCE THAT A FUND WILL ACHIEVE ITS INVESTMENT OBJECTIVE OR THAT LOSSES WILL NOT BE INCURRED. ADDITIONALLY, A FUND MAY HAVE SUSTAINED GAINS OR LOSSES RECENTLY DUE TO MARKET VOLATILITY OR OTHER REASONS. ACCORDINGLY, PERFORMANCE OF A FUND FOR DATES SUBSEQUENT TO THE DATE OF THE MOST RECENT PERFORMANCE SUMMARY MAY BE DIFFERENT THAN THE PERFORMANCE STATED ON THE MOST RECENT PERFORMANCE SUMMARY. PAST PERFORMANCE IS NOT A GUARANTEE OF FUTURE RESULTS. PLEASE VISIT WWW.DELPHI401K.COM OR CALL 1-877-389-2374 FOR PERFORMANCE INFORMATION.

BEFORE YOU PROCEED TO REVIEW THE INDIVIDUAL FUND DESCRIPTIONS, YOU ARE ENCOURAGED TO CAREFULLY READ THE FOLLOWING DESCRIPTIONS OF CERTAIN RISKS TO WHICH YOU MAY BE SUBJECT. SOME RISKS ARE GENERALIZED WHILE OTHERS ARE SPECIFIC TO THE TYPE OF FUND(S) YOU CHOOSE FOR YOUR INVESTMENTS. FOR ADDITIONAL INFORMATION REGARDING THE RISKS OF INVESTMENTS IN THE MUTUAL FUNDS THAT ARE AVAILABLE AS INVESTMENT OPTIONS IN THE PLAN, YOU SHOULD ALSO REVIEW THE APPLICABLE INDIVIDUAL MUTUAL FUND'S PROSPECTUS, WHICH CAN BE OBTAINED FREE OF CHARGE FROM THE INVESTMENT SERVICE CENTER BY EITHER ACCESSING THE PLAN'S WEBSITE AT WWW.DELPHI401K.COM OR BY CALLING 1-877-389-2374.

### Risks Associated with Equity Investments

Equity securities fluctuate in price and their short-term volatility at times may be great. The value of equity securities may fluctuate in response to issuer, market, political, economic, and other conditions and these fluctuations may be significant. These developments can affect an issuer, a market sector or region, or the entire market.

Different equity securities can react differently to these conditions. Securities issued by mid and small cap companies may be more vulnerable than securities issued by U.S. companies with larger capitalizations to adverse business and economic developments due to limited product lines, markets, financial resources, or liquidity and may therefore be more susceptible to fluctuations in price.

### Risks Associated with International and Emerging Markets Equity Fund Investments

In addition to those risks discussed above, investments in equity securities of non-U.S. issuers and in securities denominated in foreign currencies involve additional risks. Changes in foreign currency exchange rates affect the value of investments denominated in foreign currencies. Additionally, securities of non-U.S. issuers could be affected by political and financial instability abroad and may be more volatile than U.S. investments. In addition, there is the possibility of exchange control regulations, expropriation, confiscatory taxation, or limitations on the removal of securities or other assets from foreign countries. Further, many non-U.S. financial markets may be less liquid and/or may be less developed in terms of government regulation and supervision of exchanges. Many non-U.S. companies are not subject to uniform accounting, auditing, and financial reporting standards and practices or regulatory requirements comparable to those applicable to U.S. companies. Some or substantially all of the assets of a fund may be invested in emerging market countries which have greater political and financial instability relative to the U.S. and other developed countries.

An investment in emerging markets funds carries special risks. These funds invest primarily in securities of companies in emerging market countries. Securities in emerging market countries may be more difficult to sell at an acceptable price and their prices may be more volatile than securities of companies in more developed markets. Settlements of trades may be subject to greater delays so that a fund may not receive the proceeds of a sale of a security on a timely basis. As discussed above, emerging market countries may have less developed trading markets and exchanges. They may have less developed legal and accounting systems, and investments in those markets may be subject to greater risks of government restrictions on withdrawing the sales proceeds of securities from the country. Emerging market countries may have greater political and financial instability relative to the U.S. and other developed countries.

### Risks Associated with U.S. Fixed-Income Investments

For funds investing in fixed-income instruments, specific risks include the credit quality, interest rate (duration), and the mortgage prepayment risk of fixed-income securities. As the credit quality of a fixed-income security decreases, generally the risk you assume increases. For duration, a cash-flow weighted measure of how long it takes for you to be paid back by the borrower, the longer the duration the more interest rate risk you are assuming. Mortgage prepayment risk is the risk that a mortgage will be prepaid (or will not be prepaid) when interest rates fall below the rate paid on the mortgage (or rise above the rate paid on the mortgage), changing the cash flows of a portfolio.

A fund that invests in non-investment grade fixed-income securities takes on a significantly greater level of credit risk, price volatility and liquidity risk than a fund that invests in high quality, fixed-income securities. High quality, fixed-income securities include fixed-income securities rated investment grade (Baa/BBB or above) by one or more nationally recognized rating agencies or, if unrated by the nationally recognized rating agencies, deemed to have similar risk characteristics. High yield securities are those rated below Baa3/BBB- by one or more nationally recognized rating agencies or, if unrated by the same nationally recognized rating agencies, are deemed to have similar risk characteristics. Bonds that are not rated investment grade generally are considered to pose greater investment risks than bonds that are rated investment grade. Lower quality high yield bonds may fluctuate in value more than higher quality bonds and during periods of market volatility may be more difficult to sell at the desired time and price.

### Risks Associated with Investments in Public Real Estate Companies

The real estate industry is highly sensitive to economic downturns. The value of securities of issuers in the real estate industry can be affected by changes in real estate values and rental income, property taxes, interest rates, and tax and regulatory requirements. In addition, as is the case with all equity securities, security values may fluctuate in response to issuer, market, political, economic and other conditions and these fluctuations may be significant. These developments can affect an issuer, a market sector or region or the entire market. Different equity securities can react differently to these conditions. Securities issued by mid and small cap companies may be more vulnerable than securities issued by U.S. companies with larger capitalizations to adverse business and economic developments due to limited diversification, markets, financial resources, or liquidity and may therefore be more susceptible to fluctuations in price.

### Risks Associated with Focused/Concentrated Investments

Investments in certain funds may be focused on a particular industry, region or country. Stocks of issuers in a particular industry may be affected by changes in economic conditions, government regulations, availability of basic resources or supplies, or other events that affect that industry more than others. To the extent that a fund is emphasizing investments in a particular industry, its share values may fluctuate in response to events affecting that industry and those fluctuations may be greater than a fund

9

that is more broadly diversified. In addition, certain funds may invest a significant portion of their assets in a particular country or region. This would subject the fund to greater risks from political and economic events affecting that country or region and the fund might experience greater volatility in its share prices than a fund that is more broadly diversified geographically.

### Risks Associated with Company Stock Fund Investments

The unit price of each Company Stock Fund is related to the price of the respective company stock (and the other assets held for liquidity purposes), and may fluctuate up and/or down on any given day, as is the case for all equity securities. The fluctuation in the unit price of an investment option consisting of stock of a single company is likely to be greater than the fluctuation in the unit price of an investment option consisting of a diversified portfolio of stocks of several companies. The non-diversified structure of Company Stock Funds, together with the funds' need to maintain sufficient liquidity to meet redemptions and fluctuating market prices throughout each day may limit the extent to which the performance of the Company Stock Funds will track the performance of the respective company stock.

### Risks Associated with Securities Lending

The Promark Funds, from time to time, may lend securities from their portfolios to brokers, dealers, and other financial institutions. These loans must be fully collateralized and are made only to borrowers deemed by the trustee or custodian with responsibility for the loans to be of good standing and when, in the trustee's or custodian's judgment, the income to be earned from the loan justifies the attendant risks. One effect of securities lending is that a fund's ability to exercise a stockholder voting right may be lost. Securities lending involves certain risks, including the risk of default by the borrower. The borrower may become insolvent and default on the loan and the lending fund may not be able to recover the securities lent and would bear the risk of loss in the event the value of the collateral was insufficient to cover the cost of replacing the securities lent. Under certain, but not all circumstances, however, the lending agent would be contractually obligated to indemnify a fund for any shortfall amount.

### Risks Associated with Currency Hedging

Certain funds may invest all or a portion of their assets in securities denominated in foreign currencies. The value of these securities may fluctuate based on changes in exchange rates between the U.S. dollar and the applicable foreign currency. These funds may, but are not required to, engage in currency transactions to seek to hedge against the possible risk of loss from the decline in the value of the currencies in which the fund's investments are denominated against the U.S. dollar ("currency risk"). These funds may employ a variety of investments and techniques to hedge against currency risk or to gain market exposure, including spot and forward foreign exchange transactions and currency swaps, listed or over-the-counter options on currencies, currency futures, and options on currency futures. There is no assurance that any such hedging transactions will be effective. See "Risks Associated with Use of Derivatives" for a further discussion of the risks of investing in derivative instruments.

### Risks Associated with the Use of Derivatives

Certain Promark funds may invest in futures, options on futures, swaps, and foreign currency forwards for hedging, managing risks, and/or gaining market exposure.

Futures, options on futures, swaps, and foreign currency forward contracts are examples of "derivatives," which are instruments whose performance is derived, in part, from the performance of an underlying security, currency, index, or interest rate. Derivatives can be volatile and the market for many such instruments is or can become illiquid, which may impact their prices radically. Utilizing these instruments at inopportune times may lower investment returns or result in a loss significantly greater than the investment cost of the derivative instrument itself. There is a risk that the use of derivatives for hedging or risk management purposes may not be successful for various reasons, including unexpected changes in the value of the derivatives that are not matched by opposite changes in the value of the balance of the fund's portfolio.

### Risks Associated with Borrowing by the Funds

All of the funds within the Plan may borrow to meet temporary liquidity or emergency needs. For the Company Stock Funds, this may involve borrowing from the Promark Funds or loans from the Plan Sponsor (at the Plan Sponsor's sole discretion). The fund may pledge securities as collateral for a loan. If the fund's investments decline in value, the fund could be subject to a "collateral call," pursuant to which the fund must deposit additional collateral with the lender or the lender may have the right to liquidate the pledged assets.

Alternatively, the borrowing fund may default on a loan which may adversely impact the net asset value (unit value) of the lending fund.

For the mutual funds, each fund's prospectus describes what actions may be taken.

### Expenses

All of the funds listed incur expenses related to their daily operations. Fees and expenses paid out of the assets of a fund (whether or not such fund is a mutual fund) are reflected in a fund's net asset/unit value. These fees and expenses are neither billed directly to you nor deducted from your account. Total expenses, when expressed as a percentage of the fund's assets, are referred to as the fund's operating expense ratio. For a given level of gross

investment return, the fund with the lowest operating expense ratio would provide you with the highest net return.

The operating expense ratio for each mutual fund offered as an investment option is disclosed in the fund's prospectus, which you may obtain free of charge by accessing the Plan's website at www.delphi401k.com or by calling the Investment Service Center at 1-877-389-2374. These ratios, along with the expense ratios for each of the other investment options available under the Plan, also can be found in each quarterly issue of Pathways magazine mailed to participants and on the web by accessing your account information at www.delphi401k.com.

The Plan Sponsor currently bears all or a portion of the expenses for certain of the Promark Funds and the Company Stock Funds. There is no assurance that the Plan Sponsor will continue to bear all or any portion of these costs in the future. If these funds were required to bear all or a greater portion of such expenses, the unit value of these funds would be reduced by the amount of actual operating expenses charged to the respective fund.

## DESCRIPTION OF INVESTMENT OPTIONS

Descriptions of each of the investment options in the Plan are organized by Pathway category and are listed in this section of the Prospectus. Prospectuses relating to the Fidelity and other mutual funds contain additional information regarding these mutual funds and can be obtained from the Investment Service Center by accessing the Plan's website at www.delphi401k.com or by calling 1-877-389-2374. **Information contained in this section is current as of September 30, 2003, unless otherwise indicated. No representation is made as to the accuracy of this information as of any date other than September 30, 2003, or any other date indicated.**

### PATHWAY ONE

*These funds are designed to be single choice options that produce diversified portfolios. You may wish to consider these options if you are new to investing, are unfamiliar with investment concepts or are looking for diversified investment choices which require minimal decision making by you. You can select one of the Promark Target Portfolios based on your specific time horizon and risk tolerance or, alternatively, one of Fidelity's Freedom Funds based on your estimated year of retirement. For each of the Pathway One options described below, the Fund Manager selects the component funds contained within the option and determines the asset mix of the option. Performance return information on each fund is provided with each quarterly account statement you receive or online statement as referenced in the "Statement of Account" section of this Prospectus. Benchmark information is current as of September 30, 2003. The benchmarks used for certain Promark Funds may have been changed or modified from time to time since inception to reflect changes in the investment strategy relating to the specific fund. Share price and return will vary. Each of these funds will indirectly bear its pro-rata portion of the fees and expenses of the component funds in addition to any fees and expenses of the fund itself.*

#### LIFESTYLE/ASSET ALLOCATION FUNDS

| PROMARK TARGET PORTFOLIOS | FIDELITY FREEDOM FUNDS |
|---|---|
| • Promark Target Portfolio: Income<br>• Promark Target Portfolio: Conservative Growth<br>• Promark Target Portfolio: Moderate Growth<br>• Promark Target Portfolio: Dynamic Growth | • Fidelity Freedom Income Fund®<br>• Fidelity Freedom 2000 Fund®<br>• Fidelity Freedom 2010 Fund®<br>• Fidelity Freedom 2020 Fund®<br>• Fidelity Freedom 2030 Fund®<br>• Fidelity Freedom 2040 Fund℠ |

### Promark Target Portfolio: Income (96343)

**Objective:** Seeks current income and limited growth of capital.

**Category:** Lifestyle (For purposes of this Prospectus, the "Lifestyle" category is a single choice option that produces a diversified portfolio which attempts to meet the Fund's objective.)

**Benchmark:** Customized benchmark (as described below)

**Investment Strategy:**

- The Fund invests directly in the shares of other Promark Funds to implement an asset allocation strategy that is designed to provide predominantly current income and limited growth of capital to investors with a short-term (less than 5 years) investment time horizon and/or a low tolerance for risk.

- The asset classes the Fund may invest in include U.S. large cap stocks, U.S. small cap stocks, international stocks, U.S. high quality bonds, U.S. high yield bonds, and cash.

- The Fund has a current target allocation of 20% for stocks and 80% for bonds. The Fund will be rebalanced at least annually to the target allocation.

- The goal of the Fund is to outperform a customized benchmark, consisting of a composite of the representative benchmarks of the component Promark Funds, weighted in accordance with the Fund's target asset allocation of 20% for stocks and 80% for bonds.

- GM Trust Bank manages the Fund. The Fund's selected target allocation as of September 30, 2003, included the following component Promark Funds and weightings: 15% Large Cap Blend Fund, 1% Small Cap Value Fund, 1% Small Cap Growth Fund, 3% International Equity Fund, 76% High Quality Bond Fund, and 4% High Yield Bond Fund. Each of the component Promark Funds has its own investment policies and guidelines. The component funds and their corresponding target allocations may be changed from time to time.

**Investment Advisors:** See component Promark Funds described below in "Pathway Two."