UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARY M. BREWER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No: 07 CV 2928 (BSJ) |
| v. ) | |
| ) | ECF Case |
| GENERAL MOTORS INVESTMENT ) | |
| MANAGEMENT CORPORATION, et al., ) | |
| ) | **CERTIFICATE OF SERVICE** |
| Defendants. ) | |
| ) | |

I, James Lee, an attorney admitted to practice in the state of New York and an attorney of the firm Kirkland & Ellis LLP, hereby certify that:

On the 25th day of June 2007, the Notice of Appearance, dated June 25, 2007, the Rule 7.1 Corporate Disclosure Statement, dated June 25, 2007, the Motion to Dismiss, dated June 25, 2007, the Memorandum of Law in Support of the Motion to Dismiss, dated June 25, 2007, and the Declaration of James Lee with accompanying Exhibits, dated June 25, 2007 were served by Federal Express upon:

Wilber H. Boies
McDermott, Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606-5096

Nancy G. Ross
McDermott, Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606-5096

Jennifer H. Strouf
McTigue & Porter LLP
5301 Wisconsin Avenue, North West
Washington, DC 20015

       The Federal Express service was made by a paralegal of this firm under my general supervision.

|  |  |
|---|---|
| Dated: June, 25, 2007 | _s/ James Lee_<br>James Lee (JL-5641)<br>KIRKLAND & ELLIS LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, New York  10022-4611<br>Telephone:    (212) 446-4800<br>Facsimile:     (212) 446-4900<br><br>*Attorneys for Defendant* |