UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X

MARY M. BREWER, et al.,                          :          07cv2928 (BSJ)

       Plaintiff,                                   :

    - against -                                      :

GENERAL MOTORS INVESTMENT               :          ORDER FOR
MANAGEMENT CORPORATION and STATE    :          ADMISSION PRO HAC
STREET BANK & TRUST COMPANY,                :          VICE UPON WRITTEN
                                         :          MOTION
       Defendants.                                :

----------------------------------------------------------------- X

Upon the motion of Andrew B. Kratenstein, attorney for State Street Bank & Trust Company and

said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

        Applicant's Name:   Nancy G. Ross

        Firm Name:       McDermott Will & Emery LLP

        Address:          227 West Monroe Street

        City/State/Zip:    Chicago, IL 60606-5096

        Phone Number:   312-372-2000

        Fax Number:     312-984-7700

is admitted to practice pro hac vice as counsel for State Street Bank & Trust Company in the

above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:   6/25/07
New York, New York

                                                  Hon. Barbara S. Jones

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/07