UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

**Mary Brewer,**

                  Plaintiff,

                                            Case No.: 07 CV 2928 (BSJ)

   v.

**General Motors Investment Management**         ECF Case
**Corporation, State Street Bank & Trust Co.**

                  Defendants.

# PLAINTIFFS' OPPOSITION TO GENERAL MOTORS INVESTMENT MANAGEMENT CORPORATION'S MOTION TO DISMISS

As defendant General Motors Investment Management Corporation ("GMIMCo") has explained in its Memorandum in Support of General Motors Investment Management Corporation's Motion to Dismiss Plaintiff's Complaint ("GMIMCo Memorandum"), this case is closely related to *Young v. General Motors Investment Management Corp.*, No. 07-cv-1994 (BSJ) (filed March 8, 2007). At the request of the parties this case was reassigned to this court as a related case. Plaintiffs in both cases are represented by the same counsel, the defendants are the same, and the complaints allege essentially the same facts and claims for relief. The primary difference between the two complaints is the named plaintiffs, the plans, and the putative class of participants and beneficiaries, none of which are material to the pending motions to dismiss.

GMIMCo moves to dismiss this case citing the same arguments forth in its motion to dismiss *Young* and its accompanying memorandum of law. There are no additional arguments presented in GMIMCo's memorandum in *Brewer*, and GMIMCo refers the court to the arguments in its *Young* memorandum. Similarly, plaintiff adopts the arguments set forth in Plaintiffs' Memorandum in Opposition to GMIMCO's Motion to Dismiss filed in *Young* and the Court should deny GMIMCo's motion here for the same reasons explained by plaintiffs in *Young*.

DATED:  Washington, DC
        this 25th Day of July 2007.

                              Respectfully submitted:

                              McTIGUE & PORTER LLP

                              By:   \S\ Gregory Y. Porter
                              J. Brian McTigue (BM 2422)
                              Gregory Y. Porter (GP 9605)
                              5301 Wisconsin Avenue, NW
                              Suite 350
                              Washington, DC  20015
                              Tel:  (202) 364-6900
                              Fax: (202) 364-9960

                              David S. Preminger (DP 1057)
                              ROSEN PREMINGER & BLOOM LLP
                              708 Third Ave, Ste 1600
                              New York, NY 10017-4123
                              Tel:  (212) 682-1900
                              Fax: (212) 867-6878

                              *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I, David Bond, hereby certify that on the date set forth below a copy of the foregoing **PLAINTIFFS' OPPOSITION TO GENERAL MOTORS INVESTMENT MANAGEMENT CORPORATION'S MOTION TO DISMISS** was served via the Court's ECF notification system and, as necessary, by First Class Mail, upon the following:

| | |
|---|---|
| **Wilber H. Boies**<br>McDermott, Will & Emery LLP<br>227 West Monroe Street<br>Chicago, IL 60606-5096<br>(312) 372-2000<br>(312) 984-7700 (fax)<br>bboies@mwe.com<br><br>**Andrew Bennett Kratenstein**<br>McDermott, Will & Emery, LLP (NY)<br>340 Madison Avenue<br>New York, NY 10017<br>(212) 547-5695<br>(212) 547-5444 (fax)<br>akratenstein@mwe.com | **James Won Lee**<br>Kirkland & Ellis LLP (NYC)<br>153 East 53rd Street<br>New York, NY 10022<br>(212) 446-4800<br>(212) 446-4900 (fax)<br>jwlee@kirkland.com<br><br>**David Steven Preminger**<br>Rosen Preminger & Bloom LLP<br>708 Third Avenue, Suite 1600<br>New York, NY 10017<br>212-422-1001<br>212-363-4436 (fax)<br>dpreminger@rpblawny.com<br><br>**Nancy G. Ross**<br>McDermott, Will & Emery LLP<br>227 West Monroe Street<br>Chicago, IL 60606-5096<br>(312) 372-2000<br>(312) 984-7700 (fax)<br>nross@mwe.com |

Dated:  Washington, DC
         July 25, 2007

                                            \S\ David T. Bond
                                            David T. Bond