UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARY BREWER,

            Plaintiff,

v.

GENERAL MOTORS INVESTMENT
MANAGEMENT CORPORATION, et al.,

            Defendants.

Case No. 07 CV 2928 (BSJ)

ECF Case

---

## DEFENDANT STATE STREET BANK AND TRUST COMPANY'S REPLY IN SUPPORT OF MOTION TO DISMISS COMPLAINT

ANDREW B. KRATENSTEIN
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173
212.547.5400

WILBER H. BOIES, P.C.
NANCY G. ROSS
CHRIS C. SCHEITHAUER
McDermott Will & Emery LLP
227 W. Monroe Street
Chicago, IL 60606
312.984.7686
Counsel for Defendant
State Street Bank and Trust Company

State Street moved to dismiss this case citing many of the same arguments set forth in its concurrently pending motion to dismiss the related case of <u>Young, et al. v. General Motors Investment Management Corporation, et al.</u>, Case No. 07 CV 1994 (BSJ) (filed March 8, 2007) (hereafter "<u>Young Lawsuit</u>"). Plaintiffs did not file a separate substantive opposition to the arguments raised in support of dismissal of this case, but instead referred to and adopted the arguments set forth in their Opposition to State Street's motion to dismiss in the <u>Young Lawsuit</u>. Accordingly, as its Reply in this case, State Street hereby adopts and incorporates its Reply filed in the <u>Young Lawsuit</u> concurrently herewith.

Dated:  August 15, 2007                    Respectfully submitted,

                                           STATE STREET BANK AND TRUST COMPANY

                                           By its attorneys,

                                           _____
                                           WILBER H. BOIES, P.C.
                                           NANCY G. ROSS
                                           CHRIS C. SCHEITHAUER
                                           McDermott Will & Emery, LLP
                                           227 W. Monroe Street
                                           Chicago, IL  60606
                                           312.984.7686

                                           ANDREW B. KRATENSTEIN
                                           McDermott Will & Emery LLP
                                           340 Madison Avenue
                                           New York, NY  10173
                                           212.547.5400
                                           *Counsel for Defendant*
                                           *State Street Bank and Trust Company*