UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARY M. BREWER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No: 07 CV 2928 (BSJ) |
| v. ) | |
| ) | ECF Case |
| GENERAL MOTORS INVESTMENT ) | |
| MANAGEMENT CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**REPLY MEMORANDUM IN SUPPORT OF GENERAL MOTORS
INVESTMENT MANAGEMENT CORPORATION'S
MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

James Lee (JL-5641)
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022
Telephone: (212) 446-4800

Robert J. Kopecky
Timothy A. Duffy
John W. Reale
Colleen Sorenson
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000

*Attorneys for Defendant General Motors
Investment Management Corporation*

August 15, 2007

As plaintiff acknowledged in their response to GMIMCO's motion to dismiss this case (Dkt. # 27), there is no material difference between this case and *Young, et al. v. General Motors Investment Management Corporation, et al.*, Case No. 07 CV 1994 (BSJ) (filed Mar. 8, 2007), for purposes of GMIMCO's pending motions to dismiss. Accordingly, GMIMCo incorporates by reference the arguments made in its reply brief in support of its motion to dismiss the *Young* case, and asks that the Court dismiss this case for the same reasons that the *Young* case should be dismissed for failure to state a claim upon which relief can be granted.

Dated: August 15, 2007

Respectfully Submitted,

/s/ James Lee
James Lee (JL-5641)
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022
Telephone: (212) 446-4800

Robert J. Kopecky
Timothy A. Duffy
John W. Reale
Colleen Sorenson
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000

*Attorneys for Defendant General Motors* Investment Management Corporation