

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARY M. BREWER,

        Plaintiff,

- against -

GENERAL MOTORS INVESTMENT
MANAGEMENT CORPORATION, et al.,

        Defendants.

Case No.:   07 CV 2928 (BSJ)

**ORDER FOR ADMISSION *PRO HAC VICE***

Upon the motion of James Lee, attorney for General Motors Investment Management Corporation and said sponsor attorney's affidavit of support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Robert J. Kopecky |
| Firm Name: | Kirkland & Ellis LLP |
| Address: | 200 East Randolph Drive |
| City / State / Zip: | Chicago, Illinois 60601-6636 |
| Telephone / Fax: | (312) 861-2000/(312) 861-2200 |
| Email Address: | rkopecky@kirkland.com |

| | |
|---|---|
| Applicant's Name: | Timothy A. Duffy |
| Firm Name: | Kirkland & Ellis LLP |
| Address: | 200 East Randolph Drive |
| City / State / Zip: | Chicago, Illinois 60601-6636 |
| Telephone / Fax: | (312) 861-2000/(312) 861-2200 |
| Email Address: | tduffy@kirkland.com |

| | |
|---|---|
| Applicant's Name: | John W. Reale |
| Firm Name: | Kirkland & Ellis LLP |
| Address: | 200 East Randolph Drive |
| City / State / Zip: | Chicago, Illinois 60601-6636 |
| Telephone / Fax: | (312) 861-2000/(312) 861-2200 |
| Email Address: | jreale@kirkland.com |

| | |
|---|---|
| Applicant's Name: | Colleen Patricia Sorensen |
| Firm Name: | Kirkland & Ellis LLP |
| Address: | 200 East Randolph Drive |
| City / State / Zip: | Chicago, Illinois 60601-6636 |
| Telephone / Fax: | (312) 861-2000/(312) 861-2200 |
| Email Address: | csorensen@kirkland.com |

are admitted to practice *pro hac vice* as counsel for General Motors Investment Management Corporation in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (EFC) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: Sept 13, 2007
New York, New York

United States District Judge