UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
APRIL H. YOUNG, ALONZO YOUNG, MICHAEL
MATTHEWS, RICK A. JENNINGS, individually
and on behalf of all others similarly situated,

                Plaintiffs,

-against-

GENERAL MOTORS INVESTMENT MANAGEMENT
CORPORATION, STATE STREET BANK & TRUST CO.,
                Defendants.
------------------------------------------------------------X
MARY M. BREWER,

                Plaintiff,

-against-

GENERAL MOTORS INVESTMENT MANAGEMENT
CORPORATION, STATE STREET BANK & TRUST CO.,
                Defendants.
------------------------------------------------------------X



07 CIVIL 1994 (BSJ)(FM)
**JUDGMENT**

**SCANNED**

07 CIVIL 2928 (BSJ)(FM) e-FiLi.

    Defendants having moved to dismiss pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Barbara S. Jones, United States District Judge, and the Court, on March 24, 2008, having rendered its Order dismissing both complaints in the above-captioned action without leave to replead, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 24, 2008, both complaints in the above-captioned action are dismissed without leave to replead.

**Dated:** New York, New York
        March 27, 2008

                                **J. MICHAEL McMAHON**
                                **Clerk of Court**
                BY:
                                **Deputy Clerk**

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____