UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MARY M. BREWER, individually and on
behalf of all others similarly situated,

                Plaintiffs,

               -against-

GENERAL MOTORS INVESTMENT
MANAGEMENT CORPORATION and STATE
STREET BANK & TRUST COMPANY,

                Defendants.
------------------------------------------------------------x

ECF Case

NOTICE OF APPEAL

07 CV 2928 (BSJ) (FM)

FILED U.S.D.C.
MAR 31 2008
S.D. OF N.Y.

       PLEASE TAKE NOTICE that plaintiff Mary M. Brewer hereby appeals to the United States Court of Appeals for the Second Circuit from this Court's March 24, 2008 Order, docketed on March 24, 2008 (a copy of which is attached), and from the Judgment docketed herein on March 27, 2008 (a copy of which is attached), and from each and every part of the Order and the Judgment.

Dated:    New York, NY
            March 31, 2008

Respectfully submitted,
ROSEN PREMINGER & BLOOM LLP

By: _____
David S. Preminger (DP 1057)
708 Third Avenue, Suite 1600
New York, NY 10017
(212) 682-1900

J. Brian McTigue (BM 2422)
Gregory Y. Porter (GP 9605)
McTIGUE & PORTER LLP
5301 Wisconsin Avenue, NW, Suite 350
Washington, DC 20015
(202) 364-6900

*Attorneys for Plaintiffs*